U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index # 07 CIV 9451 N
Date Index # Filed 10/23/07

Plaintiff(s)
DEMOS DEMOPOULOS, STEVEN GOLDMAN, MICHAEL N. ROMITA,
ET AL.,
      - against -    AFFIDAVIT

Jeffrey S. Dubin
464 New York Ave.#100
Huntington, NY 11743

Defendant(s)
MYSTIC TANK LINES CORP.

Court Date:
Your File No:
Our Rec. No: 271967

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

Kevin T. Mulhern LIC#749086, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen and resides in the State of New York.

That on 11/08/07 at 1:40PM at:

  1901 STEINWAY STREET
  ASTORIA, NY 11105

deponent served the within SUMMONS, AMENDED COMPLAINT, JUDGE'S INDIVIDUAL RULES &**
on MYSTIC TANK LINES CORP. recipient therein named.

By delivering to and leaving with JOE LOMBARDI
at 1901 STEINWAY ST., ASTORIA, NY
and that he knew the person so served to be the MANAGING AGENT
of the corporation.

A description of the recipient or other person served on behalf of the recipient is as follows:

Approximate Age: 46  Approximate Weight: 180  Approximate Height: 5'10"
Color of Skin: WHITE  Color of Hair: BROWN***  Sex: MALE
***BALDING.....**INSTRUCTIONS, PROCEDURES AND GUIDELINES FOR
FILING AN ELECTRONIC CASE

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this date 11/13/07
Bruce J Smilowitz #01SM4965926
Notary Public, State of New York
Nassau County, Commission Expires 04/30/2010

                Kevin T. Mulhern LIC#749086