Ronald B. Goodman (RG6601)
Philip T. Simpson (PS9707)
ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.
Attorneys for Defendant
1345 Avenue of the Americas
New York, New York 10105-0143
(212) 603-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
Demos Demopoulos, Steven Goldman,
Michael N. Romita, John Jack Dresch and
Joseph LaForgia: as TRUSTEES of the
LOCAL 553 PENSION FUND; and as
TRUSTEES of the LOCAL 553 DEFERRED
COMPENSATION FUND,

       Plaintiffs,
  -against-

MYSTIC TANK LINES CORP.,

       Defendant.
---------------------------------------------------------x

Civil Action No.
07 CIV 9451 (DC)(MHD)
ECF Case

STIPULATION EXTENDING
TIME TO ANSWER

It is hereby stipulated and agreed that the time within which defendant Mystic Tank Lines Corp. may answer or otherwise respond to the complaint in this action is extended to the 21st day of December, 2007.

Dated: New York, New York
   November 27, 2007

_____
  JEFFREY S. DUBIN, ESQ. (JD0446)
Attorney for Plaintiffs
464 New York Avenue, Suite 100
Huntington, New York 11743
(631) 351-0300

ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.

by: _____
  Philip T. Simpson (PS 9707)
Attorneys for Defendant
1345 Avenue of the Americas
New York, New York 10105
(212) 603-6300

{00360687.DOC;1}