UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
Demos Demopoulos, Steven Goldman, Michael N.
Romita, John "Jack" Dresch, and Joseph LaForgia
as TRUSTEES of the LOCAL 553 BENEFITS
FUND; and as TRUSTEES of the LOCAL 553
PENSION FUND; and as TRUSTEES of the
LOCAL 553 DEFERRED COMPENSATION FUND,

                        Plaintiffs,                    07-CV-09451 (DC) (MHD)

          -against-

MYSTIC TANK LINES CORP.,

                        Defendant.
----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2008

### STIPULATION OF SUBSTITUTION OF COUNSEL FOR PLAINTIFFS

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that the law firm of Friedman & Wolf shall be substituted for the Law Offices of Jeffrey S. Dubin as counsel for Plaintiffs in the above-captioned action.

Dated: December 19, 2007
       New York, New York

                                  LAW OFFICES OF JEFFREY S. DUBIN

                     By: _____
                                  Jeffrey S. Dubin (JD-0446)

                                  464 New York Avenue, Suite 100
                                  Huntington, New York 11743
                                  (631) 351-0300
                                  dubinjs@cs.com

Dated: December 27, 2007
       New York, New York

                                        FRIEDMAN & WOLF

                                   By:  _____
                                        William K. Wolf (WW-7906)

                                        1500 Broadway, Suite 2300
                                        New York, New York 10036
                                        (212) 354-4500
                                        wwolf@friedmanwolf.com

SO ORDERED:

~~December ____, 2007~~

1/3/08

                                        _____
                                        DENNY CHIN, U.S.D.J.