UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
Demos Demopoulos, Steven Goldman, Michael N.
Romita, John "Jack" Dresch, and Joseph LaForgia
as TRUSTEES of the LOCAL 553 BENEFITS
FUND; and as TRUSTEES of the LOCAL 553
PENSION FUND; and as TRUSTEES of the
LOCAL 553 DEFERRED COMPENSATION FUND,

               Plaintiffs,                        07-CV-09451 (DC) (MHD)

     -against-

MYSTIC TANK LINES CORP.,

               Defendant.

-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that William K. Wolf, Esq., an attorney with Friedman &
Wolf, with offices located at 1500 Broadway, Suite 2300, New York, New York 10036, hereby
appears in the above-captioned proceeding as the attorney for Plaintiffs, and requests that all notices
and papers issued or required to be issued in this case and all papers served or required to be served
in this case be issued to and served upon the undersigned at the following address.

Dated:  January 4, 2008
       New York, New York

                             William K. Wolf (WW-7906)

                             FRIEDMAN & WOLF
                             1500 Broadway, Suite 2300
                             New York, New York 10036
                             (212) 354-4500
                             wwolf@friedmanwolf.com

                             Attorneys for Plaintiffs