UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Demos Demopoulos, Steven Goldman, Michael N.
Romita, John "Jack" Dresch, and Joseph LaForgia
as TRUSTEES of the LOCAL 553 BENEFITS
FUND; and as TRUSTEES of the LOCAL 553
PENSION FUND; and as TRUSTEES of the
LOCAL 553 DEFERRED COMPENSATION FUND,

                Plaintiffs,                           07-CV-09451 (DC) (MHD)

   -against-

MYSTIC TANK LINES CORP.,

                Defendant.
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, William K. Wolf, an attorney admitted to practice in the courts of the State of New York and in the federal district courts of the Southern and Eastern Districts of the State of New York, do hereby certify, under the penalties of perjury, that on January 4, 2008, I caused a true and correct copy of the Notice of Appearance to be served by first class mail through the United States Post Office and email on:

                Philip T. Simpson, Esq.
ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
               1345 Avenue of the Americas
               New York, New York 10105
                   (212) 603-6300

and on:

                Jeffrey S. Dubin, Esq.
           464 New York Avenue, Suite 100
             Huntington, New York 11743

Dated: New York, New York
       January 4, 2008

                               William K. Wolf (WW-7906)

                            FRIEDMAN & WOLF
                            1500 Broadway, Suite 2300
                            New York, New York 10036
                            (212) 354-4500
                            Attorneys for Plaintiffs

Author: WKW   Doc Number: 79149