Ronald B. Goodman (RG-6601)
Philip T. Simpson (PS-9707)
Robinson Brog Leinwand
  Greene Genovese & Gluck P.C.
1345 Avenue of the Americas
New York, New York 10015
(212) 603-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Demos Demopoulos, Steven Goldman, Michael N. Romita,
John Jack Dresch and Joseph LaForgia: as TRUSTEES of
the LOCAL 553 PENSION FUND; and as TRUSTEES of
the LOCAL 553 DEFERRED COMPENSATION FUND,

         Plaintiffs,

    - against -

MYSTIC TANK LINES CORP.,

         Defendant.
------------------------------------------------------------------X

Docket No.
07 CIV 9451 (DC) (MHD)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that Defendant Mystic Tank Lines Corp., does not have any corporate parents, subsidiaries, or affiliates which are publicly held, nor does any publicly held corporation own 10 percent or more of its stock.

Dated: New York, New York
    January 22, 2008

              ROBINSON BROG LEINWAND GREENE
              GENOVESE & GLUCK P.C.

              By: /s/ Philip T. Simpson
                Philip T. Simpson (PS-9707)
              1345 Avenue of the Americas
              New York, New York 10105-0143
              (212) 603-6300
              Attorneys for Defendant

{00371167.DOC;1}