**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**500 PEARL STREET NEW YORK, N.Y. 10007**

**J. Michael McMahon**
**Clerk of the Court**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08
```

-------------------------- x
Demos Demopoulos, et al.

        Plaintiff(s),                   07  Civ.  9451  (DC)

    - against -

Mystic Tank Lines Corp.,

        Defendant(s).
-------------------------- x

        The above-captioned action has been assigned to Judge Denny Chin.

        Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

        This conference will be held on March 14, 2008 at 10:30 A.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

        Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

        **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:        New York, New York
                February 11, 2008

                                                              Sincerely,

                                                              David Tam
                                                              Courtroom Deputy Clerk
                                                              U.S.D.C. - S.D.N.Y.
                                                              500 Pearl Street, Rm. 1020
                                                              New York, New York 10007
                                                               (212) 805-0096