Ronald B. Goodman (RG6601)
Philip T. Simpson (PS9707)
ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK
1345 Avenue of the Americas, 31st Floor
Tel: 212.603.6300
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Demos Demopoulos, Steven Goldman,
Michael N. Romita, John Jack Dresch and
Joseph LaForgia: as TRUSTEES of the
LOCAL 553 PENSION FUND; and as
TRUSTEES of the LOCAL 553 DEFERRED
COMPENSATION FUND,

                                      Plaintiffs,

       -against-

MYSTIC TANK LINES CORP.,

                                      Defendant.
-------------------------------------------------------------X

Civil Action No. 07-CIV-9451
(DC)(MHD)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned Robinson Brog Leinwand Greene Genovese & Gluck, P.C. has been retained as Counsel for the Defendant Mystic Tank Lines Corp. and hereby appears in the above-entitled action on their behalf. Please direct all future communications to the undersigned.

Dated: New York, New York
          February 26, 2008

                                    ROBINSON BROG LEINWAND GREENE
                                    GENOVESE & GLUCK, P.C.

                                    By: _____
                                        Ronald B. Goodman (RB6601)
                                    *Attorneys for Defendant Mystic Tank Lines Corp.*
                                    1345 Avenue of the Americas, 31st Floor
                                    New York, NY 10105
                                    Tel: 212.603.6300
                                    Fax: 212.956.2164

{00376833.DOC;1}