```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

DEMOS DEMOPOULOS et al.,            :

               Plaintiffs,          :

     -  against  -                  :

MYSTIC TANK LINES CORP.,            :

               Defendant.           :

------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2008
```

ORDER OF REFERENCE
**TO A MAGISTRATE JUDGE**

07 Civ. 9451 (DC) (MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

* Do not check if already referred for general pretrial.

All such motions: ____

SO ORDERED.

DATED:    New York, New York
          March 14, 2008

_____
DENNY CHIN
United States District Judge