UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

DEMOS DEMOPOULIS et al.,

        Plaintiffs,        **ORDER**

  -against-                **07 Civ. 9451 (DC)(MHD)**

MYSTIC TANK LINES CORP.,

        Defendant.

----------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **MONDAY, APRIL 21, 2008 at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED: New York, New York
       April 14, 2008

                                SO ORDERED.

                                _____
                                MICHAEL H. DOLINGER
                                **UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been sent this date to:

William Keith Wolf, Esq.
Friedman & Wolf
1500 Broadway
Suite 2300
New York, NY 10036

Ronald Barry Goodman, Esq.
Robinson, Brog, Leinwand,
Greene, Genovese & Gluck  PC
1345 Avenue of the Americas-31st Floor
New York, NY 10105

Philip Thomas Simpson, Esq.
Robinson, Brog, Leinwand,
Greene, Genovese & Gluck PC
1345 Avenue of the Americas-31st Floor
New York, NY 10105