UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Demos P. Demopoulos, Steven Goldman,
Michael N. Romita, John Jack Dresch and
Robert B. Greenes: as TRUSTEES of the
LOCAL 553 BENEFITS FUND; and as
TRUSTEES of the LOCAL 553 PENSION
FUND; and as TRUSTEES of the LOCAL
553 DEFERRED COMPENSATION FUND,

                        CV-07-09451 (DC)(MHD)

Plaintiffs,
      - against -

MYSTIC TANK LINES CORP.,

Defendant.
------------------------------------------------------------X

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the annexed Memorandum of Law, the Plaintiffs' Statement of Undisputed Material Facts Pursuant To Local Civil Rule 56.1, the Declarations of William K. Wolf and Vikki Lefkowitz with attached exhibits, and upon all prior proceedings herein, Plaintiffs, through their counsel, Friedman & Wolf, will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, before the Honorable Denny Chin, United States District Judge, on a date to be set by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in favor of Plaintiffs, the Trustees and Fiduciaries of the Local 553 Pension, Benefits and Deferred Compensation Trust Funds, and against Defendant Mystic Tank Lines Corp. a/k/a

1

Mystic Tank Lines, Inc., and awarding Plaintiffs such other and further relief as to the Court seems just and proper.

Dated: May 30, 2008
      New York, New York

*/s/ William K. Wolf*
William K. Wolf (WW-7906)
Douglas L. Sanders (DS-4378)

FRIEDMAN & WOLF
1500 Broadway, Suite 2300
New York, New York 10036
(212) 354-4500

Attorneys for Plaintiffs