```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Demos P. Demopoulos, Steven Goldman,           *
Michael N. Romita, John Jack Dresch and        *
Robert B. Greenes: as TRUSTEES of the          *
LOCAL 553 BENEFITS FUND; and as                *
TRUSTEES of the LOCAL 553 PENSION              *
FUND; and as TRUSTEES of the LOCAL             *
553 DEFERRED COMPENSATION FUND,                *
                                               *      CV-07-09451 (DC)(MHD)
                        Plaintiffs,            *
        - against -                            *
                                               *
MYSTIC TANK LINES CORP.,                       *
                                               *
                        Defendant.             *
------------------------------------------------------------X
```

## DECLARATION OF WILLIAM K. WOLF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

William K. Wolf, an attorney duly admitted to practice in the State of New York, declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am a member of the firm of Friedman & Wolf, counsel to Plaintiffs, the Trustees and Fiduciaries of the Local 553 Pension, Benefits, and Deferred Compensation Trust Funds.

2. I am the attorney responsible for representing Plaintiffs in this matter. As such I am familiar with the facts and circumstances of this case.

3. Annexed as Exhibit A is the Amended Complaint, dated October 25, 2007.

4. Annexed as Exhibit B is the Answer of Defendant Mystic Tank Lines Corp. a/k/a Mystic Tank Lines, Inc. to the Amended Complaint, dated January 21, 2008.

5.   Annexed as Exhibit C is correspondence to Defendant dated February 12, 2008, March 11, 2008, April 15, 2008, and April 25, 2008.

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated: May 30, 2008
New York, New York

_____
WILLIAM K. WOLF (WW-7906)