UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Demos P. Demopoulos, Steven Goldman,
Michael N. Romita, John Jack Dresch and
Robert B. Greenes: as TRUSTEES of the
LOCAL 553 BENEFITS FUND; and as
TRUSTEES of the LOCAL 553 PENSION
FUND; and as TRUSTEES of the LOCAL
553 DEFERRED COMPENSATION FUND,

                                  Plaintiffs,

    - against -

MYSTIC TANK LINES CORP.,

                                  Defendant.
------------------------------------------------------------X

CV-07-09451 (DC)(MHD)

## DECLARATION OF VIKKI LEFKOWITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, VIKKI LEFKOWITZ, hereby depose and say, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

1. I am the Fund Office Manager of the Local 553 Pension, Benefits, and Deferred Compensation Trust Funds (the "Funds"). I am responsible for, among other things, reviewing the files of delinquent employers, preparing and maintaining the records of monies due by delinquent employers, and maintaining the records of the Funds.

2. Plaintiffs are or were Trustees of the Funds.

3. Annexed hereto as Exhibit A is the Collective Bargaining Agreement between Teamsters Local 553, I. B. T. ("Local 553" or the "Union") and Defendant Mystic Tank Lines Corp. ("Mystic" or "Defendant"), effective August 1, 2006 through July 31, 2009, as amended November 28, 2006.

4. Annexed hereto as Exhibit B is the Local 553 Pension Fund Amended and Restated Trust Agreement.

5. Defendant is a corporation that maintains its principal place of business at 19-01 Steinway Street, Astoria, New York 11105, and has employed employees covered by a collective bargaining agreement with the Union.

6. Annexed hereto as Exhibit C is the remittance report for Mystic for the month of January 2008.

7. Annexed hereto as Exhibit D is the remittance report for Mystic for the month of February 2008.

8. Annexed hereto as Exhibit E is the remittance report for Mystic for the month of March 2008.

9. Annexed hereto as Exhibit F is the remittance report for Mystic for the month of April 2008.

10. The Funds rely on the remittance reports submitted by employers to determine the amount of covered work performed by individuals. This information provides the basis for the Trustees' determination of whether these individuals qualify for retirement benefits from the Pension Fund.

11. The Trustees also rely upon these remittance reports to determine whether contributions are owed to the Funds.

12. Defendant submitted a remittance report for the month of January 2008, showing contributions owed in the amount of $70,905.49. To date, Defendant has not paid the contributions owing under the January 2008 remittance report.

13. Defendant submitted a remittance report for the month of February 2008,

showing contributions owed in the amount of $53,417.84. To date, Defendant has not paid the contributions owing under the February 2008 remittance report.

14. Defendant submitted a remittance report for the month of March 2008, showing contributions owed in the amount of $53,376.37. To date, Defendant has not paid the contributions owing under the March 2008 remittance report.

15. Defendant submitted a remittance report for the month of April 2008, showing contributions owed in the amount of $48,153.71. To date, Defendant has not paid the contributions owing under the April 2008 remittance report.

16. For the months of January, February, March, and April 2008, Mystic has not paid contributions of $225,853.41.

17. Annexed hereto as Exhibit G is a summary sheet of Defendant's contribution and interest payments due, updated through May 30, 2008. I prepared this summary sheet.

18. The documents in exhibits A, B, C, D, E, F and G to this Declaration are records of the Funds that the Funds retain on file as part of its daily operations of collecting benefit fund contributions.

19. It is the regular practice of the Funds to make and/or retain such records.

20. The Funds make and/or retain such records from information submitted by employers, participants, and/or other entities.

21. When the Funds create such records, it creates the records at the time that the information is submitted to the Funds.

22. The Funds keep these records in the course of its regularly conducted business activity.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 30th, 2008
New York, New York

_____
VIKKI LEFKOWITZ

Sworn to before me this
30th day of May, 2008

_____
NOTARY PUBLIC

JENNIFER ESCOBAR
No. 01ES6175469
Notary Public, State of New York
Qualified in Queens County
My Commission Expires Oct. 15, 2011