MYSTIC TANK LINES CORP
LOCAL 553 PENSION REPORT
JANUARY 2008

| NAME | SSN | HRS | CONTRIBUTION @ 1.60/HOUR | | |
|---|---|---|---|---|---|
| ADAMS, JAY JOHN | 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 | 208.00 | 332.80 | | |
| ADOW, JOHNSON KOBLA | 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 | 284.50 | 455.20 | | |
| AGAGA, CHARLES | 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 | 318.60 | 509.76 | | |
| AKILOV, ALEXANDER | 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 | 317.12 | 507.39 | | |
| ALLEGRETTO, JAMES J | 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 | 234.68 | 375.49 | | |
| ALLEN, TERRENCE | 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 | 140.26 | 224.42 | | |
| AMARU II, SIMEON A | 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 | 204.00 | 326.40 | | |
| AMARU, DAVID ANTHONY | 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 | 229.25 | 366.80 | | |
| AYCOCK, CHARLES J. | 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 | 254.44 | 407.10 | | |
| BALDARI, MICHAEL | 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 | 105.69 | 169.10 | | |
| BARAHONA, JOSE C. | 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 | 307.18 | 491.49 | | |
| BARAM, ALON | 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 | 257.87 | 412.59 | | |
| BARRY, RICHARD J. | 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 | 185.03 | 296.05 | | |
| BASS, JASON C | 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 | 267.40 | 427.84 | | |
| BATHILY, ABDOULAYE | 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 | 300.88 | 481.41 | | |
| BAZEMORE, TARAN JULIUS | 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 | 333.11 | 532.98 | | |
| BEATTY, ROBERT P | 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 | 263.13 | 421.01 | | |
| BERGER, JEFFREY | 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 | 229.50 | 367.20 | | |
| BILSKI, KEVIN | 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 | 364.58 | 583.33 | | |
| BONACCI, GREGORY J. | 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 | 279.82 | 447.71 | | |
| BONKOWSKI, THOMASZ | 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 | 259.88 | 415.81 | | |
| BOTSFORD, STEVEN CHARLES | 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 | 248.17 | 397.07 | | |
| BRADLEY, JERMIL RAHEEM | 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 | 301.95 | 483.12 | | |
| CAGGIANO, MICHAEL V | 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 | 259.83 | 415.73 | | |
| CALDERON, MANUEL | 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 | 255.65 | 409.04 | | |
| CALDES, BENJAMIN | 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 | 219.83 | 351.73 | | |
| CALDWELL, TIMOTHY | 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 | 270.79 | 433.26 | | |
| CALLE, CARLOS EFREN | 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 | 328.18 | 525.09 | | |
| CAPPUCCIO, VINCENT J | 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 | 264.21 | 422.74 | | |
| CASTILLO, ANGEL | 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 | 269.41 | 431.06 | | |
| CASTILLO, DANNY | 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 | 215.67 | 345.07 | | |
| CERON, ALFREDO | 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 | 134.75 | 215.60 | | |
| CETOUTE, NICKENSON | 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 | 266.60 | 426.56 | | |
| CHAPMAN, RON A | 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 | 335.24 | 536.38 | | |
| CHAPMAN, RONALD | 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 | 336.66 | 538.66 | | |
| CHIPMAN, SEKOU A | 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 | 296.13 | 473.81 | | |
| CONTINO, JOSEPH W. | 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 | 232.50 | 372.00 | | |
| CORRELL, JAMES | 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 | 251.68 | 402.69 | | |
| CRAIN, MICHAEL | 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 | 283.20 | 453.12 | | |
| CUCCU, RICHARD C | 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 | 286.45 | 458.32 | | |
| DAVIS, GREGG GARFIELD | 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 | 279.48 | 447.17 | | |
| DE LA CRUZ, EIRY A. | 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 | 271.39 | 434.22 | | |
| DEAN, MICHAEL A | 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 | 200.00 | 320.00 | | |
| DORSETT, DWAYNE S. | 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 | 286.18 | 457.89 | | |
| DURSO, JOSEPH | 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 | 397.89 | 636.62 | | |
| EMRICH, ROBERT | 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 | 288.11 | 460.98 | | |
| FANELLI, JOSEPH | 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 | 366.94 | 587.10 | | |
| FELDMAN, ALAN M | 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 | 232.66 | 372.26 | | |
| FERNANDEZ, ANGEL | 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 | 302.21 | 483.54 | | |
| FERNANDEZ, JOSE A. | 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 | 312.04 | 499.26 | | |
| FIELDING, CARL | 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 | 223.29 | 357.26 | | |
| FISHMAN, VLADIMIR | 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 | 257.87 | 412.59 | | |
| FORD, PAUL DAVID | 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 | 259.96 | 415.94 | | |
| FRASER, JERMAINE S. | 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 | 322.13 | 515.41 | | |
| FREISS, FRANK J. | 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 | 95.69 | 153.10 | T | 1/4/2008 |
| FROEHLICH, MATTHEW M | 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 | 300.00 | 480.00 | | |
| GALOW, GORDON | 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 | 307.96 | 492.74 | | |
| GARCIA VACA, FELIX ARTURO | 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 | 330.91 | 529.46 | | |

| Name | SSN | Amount 1 | Amount 2 | Flag | Date |
|---|---|---|---|---|---|
| GARRIDO, MARLON | 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 | 335.58 | 536.93 | | |
| GEZLEV, SENOL | 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 | 297.23 | 475.57 | | |
| GONZALEZ, JOFFRE | 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 | 306.81 | 490.90 | | |
| GOODWIN, ARTHUR | 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 | 367.01 | 587.22 | | |
| GREUBEL, JOSEPH G. | 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 | 311.08 | 497.73 | | |
| HAMDJATA, MANGARA HAMZA | 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 | 346.25 | 554.00 | | |
| HAMILTON, RAHMEL | 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 | 340.00 | 544.00 | | |
| HARRINGTON, THOMAS | 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 | 263.95 | 422.32 | | |
| HAUCK, CHARLES E | 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 | 341.00 | 545.60 | | |
| HEMION, ROY D. | 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 | 333.87 | 534.19 | | |
| HOEHL, EDMUND R. | 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 | 208.00 | 332.80 | T | 1/26/2008 |
| HUTZLER, THOMAS | 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 | 188.50 | 301.60 | | |
| IRIZARRY, JORGE | 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 | 289.21 | 462.74 | | |
| KAUFMAN, LUIS | 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 | 231.52 | 370.43 | | |
| KELLY, DENNIS | 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 | 335.57 | 536.91 | | |
| KEMPSTER, WILLIAM | 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 | 328.40 | 525.44 | | |
| KINNE, JOHN S | 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 | 247.71 | 396.34 | | |
| KLEIN, STEVEN J | 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 | 227.79 | 364.46 | | |
| KNOPH, ERIK ROY | 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 | 311.03 | 497.65 | | |
| KOSTRNA, KEITH R. | 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 | 216.25 | 346.00 | | |
| LARREA, MANUEL | 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 | 62.43 | 99.89 | | |
| LAWRENCE, LEO JAIRZENO | 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 | 305.99 | 489.58 | | |
| LEBRON, JOSE | 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 | 246.00 | 393.60 | | |
| LEE, ANDRE | 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 | 317.67 | 508.27 | | |
| LEE, JEROME | 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 | 299.12 | 478.59 | | |
| LEWIS, DWAYNE EVERETT | 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 | 266.47 | 426.35 | | |
| LONERGAN, KONRAD | 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 | 528.15 | 845.04 | | |
| LONGMORE, WAYNE H | 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 | 330.58 | 528.93 | | |
| LOPATOWSKI, ROBERT T | 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 | 229.23 | 366.77 | | |
| LOPEZ, JUAN | 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 | 304.44 | 487.10 | | |
| MADERA, NESTOR G | 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 | 332.48 | 531.97 | | |
| MARTINEZ, RAYMOND | 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 | 334.07 | 534.51 | | |
| MCGOVERN, ROBERT | 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 | 267.40 | 427.84 | | |
| MCGRAW, JAMES P. | 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 | 265.19 | 424.30 | | |
| MENDICINO, EDWARD | 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 | 363.10 | 580.96 | | |
| MERCEDES, ARISON | 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 | 399.88 | 639.81 | | |
| MERCEDES, RAMON | 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 | 323.82 | 518.11 | | |
| MILENKOVIC, MILIVOJE | 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 | 371.45 | 594.32 | | |
| MIRANDA, CARLOS | 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 | 224.17 | 358.67 | | |
| MIRANDA, EUGENIO | 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 | 216.00 | 345.60 | | |
| MOLLIN, JOSEPH | 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 | 247.62 | 396.19 | | |
| MOZEJKO, MITCHELL | 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 | 305.75 | 489.20 | | |
| MURPHY, KEVIN JOSEPH | 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 | 320.36 | 512.58 | | |
| NARDOZZA, THOMAS | 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 | 210.50 | 336.80 | | |
| NARMANLI, TURGAY | 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 | 296.77 | 474.83 | | |
| NORMAN, CARL | 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 | 285.46 | 456.74 | | |
| NUDELMAN, SERGEY | 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 | 268.26 | 429.22 | | |
| OGANDO, WILLIAM | 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 | 251.69 | 402.70 | | |
| OKEEFE, CORNELIUS D | 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 | 233.00 | 372.80 | | |
| OKLU, ISMAIL | 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 | 325.82 | 521.31 | | |
| OLTULU, MIRAL | 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 | 297.10 | 475.36 | | |
| OTTENWALDER, RUBEN | 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 | 306.51 | 490.42 | | |
| PADULA, FRANK | 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 | 272.04 | 435.26 | | |
| PAILLANT, JAMES | 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 | 297.80 | 476.48 | | |
| PARSELL, ANTHONY MICHAEL | 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 | 214.50 | 343.20 | | |
| PAVICH, RICHARD | 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 | 247.32 | 395.71 | | |
| PAZ MANCIA, HUGO MARVIN | 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 | 311.55 | 498.48 | | |
| PEARCE, BRIAN E | 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 | 293.82 | 470.11 | | |
| PEARCE, DENNIS M | 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 | 273.50 | 437.60 | | |
| PERRY, MATTHEW PATRICK | 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 | 264.37 | 422.99 | | |
| PIRONTI, JOSEPH | 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 | 339.86 | 543.78 | | |
| POLANCO, JORGE L. | 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 | 265.24 | 424.38 | | |
| PUSZKO, RYSZARD | 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 | 252.56 | 404.10 | | |
| QUISTGAARD, STEPHEN | 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 | 122.81 | 196.50 | | |
| RAMIREZ, GEORGE | 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 | 384.50 | 615.20 | | |

| Name | SSN | Amount 1 | Amount 2 | Flag | Date |
|---|---|---|---|---|---|
| RANKIN, ROBERT | 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 | 282.63 | 452.21 | | |
| RIVERA, ZENON | 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 | 284.26 | 454.82 | | |
| ROBISHAW, CLARENCE J | 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 | 243.45 | 389.52 | | |
| RODRIGUEZ, HUGO S. | 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 | 290.74 | 465.18 | | |
| RUDEBUSH, DAVID C. | 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 | 280.40 | 448.64 | | |
| RUPECK, DANIEL G | 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 | 355.55 | 568.88 | | |
| SANCHES, GEREMIAS FRIGERI | 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 | 284.23 | 454.77 | | |
| SAR, MAHMUT | 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 | 356.55 | 570.48 | | |
| SCHMIDLIN, WILLIAM J | 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 | 312.06 | 499.30 | | |
| SEEPERSAUD, VIJAI RAVI | 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 | 311.83 | 498.93 | | |
| SERINO, JOSEPH | 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 | 227.82 | 364.51 | | |
| SHEPHERD, DWAYNE | 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 | 292.76 | 468.42 | | |
| SIMOES, JOSE | 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 | 212.50 | 340.00 | | |
| SINAR, JAN | 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 | 248.00 | 396.80 | | |
| SMITH, CLARK GABLE | 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 | 380.90 | 609.44 | | |
| SMITH, RAYMOND | 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 | 367.43 | 587.89 | | |
| SMITH, THOMAS RUSSELL | 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 | 249.58 | 399.33 | | |
| STEBBINS, DAVID H | 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 | 208.03 | 332.85 | | |
| STEWART, RICHARD | 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 | 161.25 | 258.00 | T | 1/27/2008 |
| SWIK, JOHN JOSEPH | 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 | 227.85 | 364.56 | | |
| TAVERAS, CELSO | 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 | 233.44 | 373.50 | | |
| TEJEDA, MARIO | 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 | 335.41 | 536.66 | | |
| TENEMPAGUAY, RAMON U. | 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 | 240.45 | 384.72 | | |
| THOMPSON, MERRICK W. | 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 | 305.65 | 489.04 | | |
| TIMKE, TIMOTHY MICHAEL | 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 | 367.22 | 587.55 | | |
| TORTORELLA, FRANK J | 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 | 273.90 | 438.24 | | |
| TOUSSAINT, KEDDY | 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 | 282.45 | 451.92 | | |
| TRAPALIS, ANDREAS | 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 | 352.22 | 563.55 | | |
| VITO, JOSEPH | 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 | 310.62 | 496.99 | | |
| VOLTAIRE, EDDY | 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 | 277.77 | 444.43 | | |
| WALLER, ROBERT MICHAEL | 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 | 231.76 | 370.82 | | |
| WALTERS, STEPHEN M. | 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 | 286.63 | 458.61 | | |
| WILLIS, WILLIAM J | 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 | 254.44 | 407.10 | | |
| WNOROWSKI, ADAM | 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 | 284.71 | 455.54 | | |
| WOLF, VICTOR | 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 | 319.00 | 510.40 | | |
| ZERVAKOS, PETER | 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 | 242.80 | 388.48 | | |
| | | 44,315.93 | 70,905.49 | | |