MYSTIC TANK LINES CORP
LOCAL 553 PENSION REPORT
FEBRUARY 2008

| NAME | SSN | HRS | CONTRIBUTION @ 1.60/HOUR | | |
|---|---|---|---|---|---|
| ADAMS, JAY JOHN | 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 | 160.00 | 256.00 | | |
| ADOW, JOHNSON KOBLA | 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 | 208.50 | 333.60 | | |
| AGAGA, CHARLES | 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 | 258.42 | 413.47 | | |
| AGUDELO, ALEJANDRO | 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 | 233.94 | 374.30 | | |
| AKILOV, ALEXANDER | 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 | 260.39 | 416.62 | | |
| ALLEGRETTO, JAMES J | 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 | 228.00 | 364.80 | | |
| ALLEN, TERRENCE | 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 | 170.66 | 273.06 | | |
| AMARU II, SIMEON A | 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 | 169.50 | 271.20 | | |
| AMARU, DAVID ANTHONY | 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 | 195.25 | 312.40 | | |
| AYCOCK, CHARLES J. | 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 | 200.53 | 320.85 | | |
| BALDARI, MICHAEL | 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 | 51.52 | 82.43 | | |
| BARAHONA, JOSE C. | 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 | 213.49 | 341.58 | | |
| BARAM, ALON | 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 | 200.08 | 320.13 | | |
| BARRY, RICHARD J. | 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 | 131.89 | 211.02 | | |
| BASS, JASON C | 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 | 206.86 | 330.98 | | |
| BATHILY, ABDOULAYE | 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 | 229.34 | 366.94 | | |
| BAZEMORE, TARAN JULIUS | 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 | 260.66 | 417.06 | | |
| BEATTY, ROBERT P | 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 | 202.35 | 323.76 | | |
| BERGER, JEFFREY | 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 | 188.00 | 300.80 | | |
| BILSKI, KEVIN | 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 | 197.15 | 315.44 | | |
| BONACCI, GREGORY J. | 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 | 234.78 | 375.65 | | |
| BONKOWSKI, THOMASZ | 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 | 202.22 | 323.55 | | |
| BOTSFORD, STEVEN CHARLES | 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 | 222.85 | 356.56 | | |
| BRADLEY, JERMIL RAHEEM | 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 | 229.90 | 367.84 | | |
| CAGGIANO, MICHAEL V | 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 | 194.78 | 311.65 | | |
| CALDERON, MANUEL | 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 | 173.60 | 277.76 | | |
| CALDES, BENJAMIN | 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 | 181.47 | 290.35 | | |
| CALDWELL, TIMOTHY | 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 | 218.83 | 350.13 | | |
| CALLE, CARLOS EFREN | 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 | 241.85 | 386.96 | | |
| CAPPUCCIO, VINCENT J | 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 | 204.75 | 327.60 | | |
| CASTILLO, ANGEL | 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 | 230.60 | 368.96 | | |
| CASTILLO, DANNY | 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 | 172.82 | 276.51 | | |
| CERON, ALFREDO | 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 | 171.75 | 274.80 | | |
| CETOUTE, NICKENSON | 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 | 225.20 | 360.32 | | |
| CHAPMAN, RON A | 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 | 271.56 | 434.50 | | |
| CHAPMAN, RONALD | 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 | 257.53 | 412.05 | | |
| CHIPMAN, SEKOU A | 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 | 217.79 | 348.46 | | |
| CONTINO, JOSEPH W. | 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 | 191.50 | 306.40 | | |
| CORRELL, JAMES | 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 | 180.97 | 289.55 | | |
| CRAIN, MICHAEL | 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 | 221.64 | 354.62 | | |
| CUCCU, RICHARD C | 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 | 250.13 | 400.21 | | |
| DAVIS, GREGG GARFIELD | 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 | 203.27 | 325.23 | | |
| DE LA CRUZ, EIRY A. | 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 | 259.30 | 414.88 | | |
| DEAN, MICHAEL A | 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 | 160.00 | 256.00 | | |
| DORSETT, DWAYNE S. | 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 | 118.52 | 189.63 | T | 1/31/2008 |
| DURSO, JOSEPH | 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 | 318.33 | 509.33 | | |
| EMRICH, ROBERT | 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 | 232.19 | 371.50 | | |
| FANELLI, JOSEPH | 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 | 261.68 | 418.69 | | |
| FERNANDEZ, ANGEL | 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 | 180.45 | 288.72 | | |
| FERNANDEZ, JOSE A. | 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 | 275.87 | 441.39 | | |
| FIELDING, CARL | 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 | 226.05 | 361.68 | | |
| FISHMAN, VLADIMIR | 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 | 220.21 | 352.34 | | |
| FORD, PAUL DAVID | 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 | 262.35 | 419.76 | | |
| FRASER, JERMAINE S. | 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 | 215.77 | 345.23 | | |
| FROEHLICH, MATTHEW M | 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 | 168.00 | 268.80 | | |
| GALOW, GORDON | 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 | 268.47 | 429.55 | | |
| GARCIA VACA, FELIX ARTURO | 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 | 168.30 | 269.28 | | |
| GARRIDO, MARLON | 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 | 238.37 | 381.39 | | |

| Name | SSN | Amount 1 | Amount 2 | Flag | Date |
|---|---|---|---|---|---|
| GEZLEV, SENOL | 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 | 243.83 | 390.13 | | |
| GONZALEZ, JOFFRE | 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 | 222.89 | 356.62 | | |
| GOODWIN, ARTHUR | 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 | 238.23 | 381.17 | | |
| GREUBEL, JOSEPH G. | 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 | 262.54 | 420.06 | | |
| HAMDJATA, MANGARA HAMZA | 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 | 274.22 | 438.75 | | |
| HAMILTON, RAHMEL | 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 | 279.30 | 446.88 | | |
| HARRINGTON, THOMAS | 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 | 206.12 | 329.79 | | |
| HAUCK, CHARLES E | 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 | 241.35 | 386.16 | | |
| HEMION, ROY D. | 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 | 98.70 | 157.92 | | |
| HUTZLER, THOMAS | 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 | 182.50 | 292.00 | | |
| IRIZARRY, JORGE | 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 | 226.75 | 362.80 | | |
| KARPINSKI, RICHARD | 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 | 98.78 | 158.05 | | |
| KAUFMAN, LUIS | 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 | 166.25 | 266.00 | | |
| KELLY, DENNIS | 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 | 254.06 | 406.50 | | |
| KEMPSTER, WILLIAM | 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 | 265.55 | 424.88 | | |
| KINNE, JOHN S | 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 | 180.67 | 289.07 | | |
| KLEIN, STEVEN J | 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 | 210.71 | 337.14 | | |
| KNOPH, ERIK ROY | 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 | 223.98 | 358.37 | | |
| KOSTRNA, KEITH R. | 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 | 177.00 | 283.20 | | |
| LARREA, MANUEL | 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 | 198.98 | 318.37 | | |
| LAWRENCE, LEO JAIRZENO | 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 | 170.04 | 272.06 | | |
| LEBRON, JOSE | 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 | 217.72 | 348.35 | | |
| LEE, ANDRE | 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 | 274.66 | 439.46 | | |
| LEE, JEROME | 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 | 192.75 | 308.40 | | |
| LEWIS, DWAYNE EVERETT | 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 | 219.82 | 351.71 | | |
| LONERGAN, KONRAD | 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 | 212.06 | 339.30 | | |
| LONGMORE, WAYNE H | 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 | 241.20 | 385.92 | | |
| LOPATOWSKI, ROBERT T | 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 | 185.60 | 296.96 | | |
| LOPEZ, JUAN | 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 | 227.47 | 363.95 | | |
| MADERA, NESTOR G | 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 | 278.04 | 444.86 | | |
| MARTIN, RONALD ELLIOT | 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 | 199.72 | 319.55 | | |
| MARTINEZ, RAYMOND | 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 | 190.88 | 305.41 | | |
| MCGOVERN, ROBERT | 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 | 228.86 | 366.18 | | |
| MCGRAW, JAMES P. | 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 | 210.89 | 337.42 | | |
| MENDICINO, EDWARD | 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 | 251.70 | 402.72 | | |
| MERCEDES, ARISON | 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 | 244.82 | 391.71 | | |
| MERCEDES, RAMON | 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 | 213.10 | 340.96 | | |
| MILENKOVIC, MILIVOJE | 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 | 211.66 | 338.66 | | |
| MIRANDA, CARLOS | 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 | 46.65 | 74.64 | T | 2/1/2008 |
| MIRANDA, EUGENIO | 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 | 168.00 | 268.80 | | |
| MOLLIN, JOSEPH | 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 | 188.67 | 301.87 | | |
| MOZEJKO, MITCHELL | 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 | 270.78 | 433.25 | T | 2/17/2008 |
| MURPHY, KEVIN JOSEPH | 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 | 217.87 | 348.59 | | |
| NARDOZZA, THOMAS | 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 | 169.00 | 270.40 | | |
| NARMANLI, TURGAY | 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 | 220.31 | 352.50 | | |
| NORMAN, CARL | 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 | 227.18 | 363.49 | | |
| NUDELMAN, SERGEY | 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 | 198.64 | 317.82 | | |
| OGANDO, WILLIAM | 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 | 44.60 | 71.36 | | |
| OKEEFE, CORNELIUS D | 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 | 175.50 | 280.80 | | |
| OKLU, ISMAIL | 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 | 261.00 | 417.60 | | |
| OLTULU, MIRAL | 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 | 219.27 | 350.83 | | |
| OTTENWALDER, RUBEN | 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 | 102.02 | 163.23 | | |
| PADULA, FRANK | 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 | 56.55 | 90.48 | | |
| PAILLANT, JAMES | 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 | 225.09 | 360.14 | | |
| PARSELL, ANTHONY MICHAEL | 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 | 181.50 | 290.40 | | |
| PAVICH, RICHARD | 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 | 181.31 | 290.10 | | |
| PAZ MANCIA, HUGO MARVIN | 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 | 386.02 | 617.63 | | |
| PEARCE, BRIAN E | 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 | 278.81 | 446.10 | | |
| PEARCE, DENNIS M | 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 | 209.00 | 334.40 | | |
| PERRY, MATTHEW PATRICK | 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 | 219.79 | 351.66 | | |
| PIRONTI, JOSEPH | 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 | 180.29 | 288.46 | | |
| POLANCO, JORGE L. | 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 | 211.93 | 339.09 | | |
| PUSZKO, RYSZARD | 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 | 228.74 | 365.98 | | |
| QUISTGAARD, STEPHEN | 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 | 95.29 | 152.46 | | |
| RAMIREZ, GEORGE | 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 | 217.02 | 347.23 | | |

| Name | SSN | Amount 1 | Amount 2 |
|---|---|---|---|
| RANKIN, ROBERT | 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 | 229.50 | 367.20 |
| RIVAS, TOMAS | 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 | 206.00 | 329.60 |
| RIVERA, ZENON | 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 | 217.80 | 348.48 |
| ROBISHAW, CLARENCE J | 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 | 129.85 | 207.76 |
| RODRIGUEZ, HUGO S. | 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 | 268.55 | 429.68 |
| RUDEBUSH, DAVID C. | 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 | 218.60 | 349.76 |
| RUPECK, DANIEL G | 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 | 202.48 | 323.97 |
| SANCHES, GEREMIAS FRIGERI | 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 | 236.49 | 378.38 |
| SAR, MAHMUT | 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 | 208.34 | 333.34 |
| SCHMIDLIN, WILLIAM J | 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 | 269.00 | 430.40 |
| SEEPERSAUD, VIJAI RAVI | 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 | 250.05 | 400.08 |
| SERINO, JOSEPH | 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 | 204.46 | 327.14 |
| SHEPHERD, DWAYNE | 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 | 216.75 | 346.80 |
| SIMOES, JOSE | 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 | 170.50 | 272.80 |
| SINAR, JAN | 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 | 193.30 | 309.28 |
| SMITH, CLARK GABLE | 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 | 266.47 | 426.35 |
| SMITH, RAYMOND | 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 | 220.85 | 353.36 |
| SMITH, THOMAS RUSSELL | 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 | 187.00 | 299.20 |
| STEBBINS, DAVID H | 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 | 188.86 | 302.18 |
| SWIK, JOHN JOSEPH | 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 | 163.24 | 261.18 |
| TAVERAS, CELSO | 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 | 227.72 | 364.35 |
| TEJEDA, MARIO | 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 | 223.72 | 357.95 |
| TENEMPAGUAY, RAMON U. | 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 | 179.61 | 287.38 |
| THEODOROU, STAVROS N | 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 | 59.62 | 95.39 |
| THOMPSON, MERRICK W. | 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 | 238.51 | 381.62 |
| TIMKE, TIMOTHY MICHAEL | 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 | 204.35 | 326.96 |
| TORTORELLA, FRANK J | 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 | 221.63 | 354.61 |
| TOUSSAINT, KEDDY | 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 | 197.94 | 316.70 |
| TRAPALIS, ANDREAS | 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 | 237.93 | 380.69 |
| VITO, JOSEPH | 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 | 200.18 | 320.29 |
| VOLTAIRE, EDDY | 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 | 178.19 | 285.10 |
| WALLER, ROBERT MICHAEL | 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 | 190.53 | 304.85 |
| WALTERS, STEPHEN M. | 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 | 232.78 | 372.45 |
| WILLIS, WILLIAM J | 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 | 246.80 | 394.88 |
| WNOROWSKI, ADAM | 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 | 245.39 | 392.62 |
| WOLF, VICTOR | 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 | 180.50 | 288.80 |
| ZERVAKOS, PETER | 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 | 228.25 | 365.20 |
|  |  | 33,386.15 | 53,417.84 |