MYSTIC TANK LINES CORP
LOCAL 553 PENSION REPORT
MARCH 2008

| DEPT | FILE # | NAME | SSN | HRS | CONTRIBUTION @ 1.60/HOUR | | |
|---|---|---|---|---|---|---|---|
| N90 | 263252 | ADAMS, JAY JOHN | 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 | 168.00 | 268.80 | | |
| A90 | 173054 | ADOW, JOHNSON KOBLA | 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 | 211.50 | 338.40 | | |
| A85 | 152927 | AGAGA, CHARLES | 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 | 231.10 | 369.76 | | |
| A85 | 153326 | AGUDELO, ALEJANDRO | 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 | 179.28 | 286.85 | | |
| A85 | 153148 | AKILOV, ALEXANDER | 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 | 179.40 | 287.04 | | |
| B85 | 161756 | ALLEGRETTO, JAMES J | 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 | 191.21 | 305.94 | | |
| N85 | 252983 | ALLEN, TERRENCE | 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 | 115.18 | 184.29 | | |
| B90 | 181972 | AMARU II, SIMEON A | 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 | 226.00 | 361.60 | | |
| B90 | 182703 | AMARU, DAVID ANTHONY | 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 | 184.75 | 295.60 | | |
| B85 | 163203 | AYCOCK, CHARLES J. | 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 | 193.72 | 309.95 | | |
| A85 | 161160 | BALDARI, MICHAEL | 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 | 61.35 | 98.16 | | |
| A85 | 153235 | BARAHONA, JOSE C. | 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 | 222.08 | 355.33 | | |
| A85 | 153202 | BARAM, ALON | 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 | 184.95 | 295.92 | | |
| N85 | 253151 | BARRY, RICHARD J. | 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 | 76.43 | 122.29 | | |
| B85 | 163195 | BASS, JASON C | 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 | 196.93 | 315.09 | | |
| A85 | 153122 | BATHILY, ABDOULAYE | 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 | 240.86 | 385.38 | | |
| A85 | 153052 | BAZEMORE, TARAN JULIUS | 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 | 238.07 | 380.91 | | |
| B85 | 162428 | BEATTY, ROBERT P | 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 | 206.37 | 330.19 | T | 2/27/2008 |
| B90 | 181252 | BERGER, JEFFREY | 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 | 195.25 | 312.40 | | |
| B85 | 160332 | BILSKI, KEVIN | 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 | 190.31 | 304.50 | | |
| A85 | 153179 | BONACCI, GREGORY J. | 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 | 200.90 | 321.44 | | |
| A85 | 152985 | BONKOWSKI, THOMASZ | 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 | 151.17 | 241.87 | T | 2/26/2008 |
| N85 | 252114 | BOTSFORD, STEVEN CHARLES | 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 | 231.77 | 370.83 | | |
| B85 | 163176 | BRADLEY, JERMIL RAHEEM | 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 | 211.79 | 338.86 | | |
| A85 | 151919 | CAGGIANO, MICHAEL V | 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 | 150.31 | 240.50 | | |
| A85 | 153021 | CALDERON, MANUEL | 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 | 202.56 | 324.10 | | |
| A85 | 153226 | CALDES, BENJAMIN | 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 | 141.16 | 225.86 | | |
| B85 | 163061 | CALDWELL, TIMOTHY | 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 | 281.04 | 449.66 | | |
| A85 | 151815 | CALLE, CARLOS EFREN | 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 | 248.74 | 397.98 | | |
| A85 | 152377 | CAPPUCCIO, VINCENT J | 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 | 212.27 | 339.63 | | |
| A85 | 151104 | CASTILLO, ANGEL | 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 | 214.78 | 343.65 | | |
| A85 | 153309 | CASTILLO, DANNY | 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 | 179.94 | 287.90 | | |
| M90 | 171260 | CERON, ALFREDO | 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 | 210.25 | 336.40 | | |
| B85 | 163163 | CETOUTE, NICKENSON | 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 | 188.33 | 301.33 | | |
| A85 | 152657 | CHAPMAN, RON A | 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 | 259.36 | 414.98 | | |
| A85 | 152439 | CHAPMAN, RONALD | 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 | 238.46 | 381.54 | | |
| N85 | 152332 | CHIPMAN, SEKOU A | 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 | 117.00 | 187.20 | | |
| M90 | 171958 | CONTINO, JOSEPH W. | 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 | 203.00 | 324.80 | | |
| B85 | 160336 | CORRELL, JAMES | 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 | 190.80 | 305.28 | | |
| B85 | 161002 | CRAIN, MICHAEL | 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 | 218.00 | 348.80 | | |
| B85 | 162934 | CUCCU, RICHARD C | 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 | 198.13 | 317.01 | | |
| A85 | 153172 | DAVIS, GREGG GARFIELD | 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 | 223.60 | 357.76 | | |
| A85 | 153225 | DE LA CRUZ, EIRY A. | 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 | 241.25 | 386.00 | | |
| N90 | 262895 | DEAN, MICHAEL A | 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 | 218.00 | 348.80 | | |
| B85 | 162943 | DURSO, JOSEPH | 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 | 258.15 | 413.04 | | |
| A85 | 151192 | EMRICH, ROBERT | 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 | 235.41 | 376.66 | | |
| A85 | 151629 | FANELLI, JOSEPH | 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 | 233.57 | 373.71 | | |
| N85 | 252902 | FERNANDEZ, ANGEL | 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 | 212.55 | 340.08 | | |
| A85 | 153282 | FERNANDEZ, JOSE A. | 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 | 326.95 | 523.12 | | |
| A85 | 151325 | FIELDING, CARL | 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 | 197.85 | 316.56 | | |
| A85 | 153275 | FISHMAN, VLADIMIR | 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 | 234.23 | 374.77 | | |
| A85 | 151948 | FORD, PAUL DAVID | 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 | 259.47 | 415.15 | | |
| A85 | 153295 | FRASER, JERMAINE S. | 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 | 215.69 | 345.10 | | |
| N90 | 262247 | FROEHLICH, MATTHEW M | 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 | 168.00 | 268.80 | | |
| B85 | 160473 | GALOW, GORDON | 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 | 280.15 | 448.24 | | |
| A85 | 153075 | GARCIA VACA, FELIX ARTURO | 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 | 243.75 | 390.00 | | |
| A85 | 153283 | GARRIDO, MARLON | 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 | 234.67 | 375.47 | | |
| B85 | 162083 | GEZLEV, SENOL | 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 | 203.18 | 325.09 | | |

| Code | ID | Name | SSN | Amount 1 | Amount 2 |
|---|---|---|---|---|---|
| A85 | 153256 | GONZALEZ, JOFFRE | 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 | 205.80 | 329.28 |
| B85 | 161313 | GOODWIN, ARTHUR | 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 | 280.34 | 448.54 |
| B85 | 163100 | GREUBEL, JOSEPH G. | 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 | 207.67 | 332.27 |
| A85 | 152494 | HAMDJATA, MANGARA HAMZA | 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 | 221.24 | 353.98 |
| A85 | 151908 | HAMILTON, RAHMEL | 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 | 236.52 | 378.43 |
| B85 | 163205 | HARRINGTON, THOMAS | 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 | 206.78 | 330.85 |
| B85 | 162692 | HAUCK, CHARLES E | 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 | 220.87 | 353.39 |
| N85 | 253212 | HEMION, ROY D. | 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 | 203.42 | 325.47 |
| B90 | 180804 | HUTZLER, THOMAS | 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 | 188.00 | 300.80 |
| A85 | 153079 | IRIZARRY, JORGE | 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 | 269.10 | 430.56 |
| B85 | 163308 | KARPINSKI, RICHARD | 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 | 126.63 | 202.61 |
| N85 | 252529 | KAUFMAN, LUIS | 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 | 222.97 | 356.75 |
| B85 | 160799 | KELLY, DENNIS | 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 | 259.13 | 414.61 |
| B85 | 161029 | KEMPSTER, WILLIAM | 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 | 242.58 | 388.13 |
| N85 | 252851 | KINNE, JOHN S | 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 | 182.50 | 292.00 |
| N85 | 252076 | KLEIN, STEVEN J | 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 | 210.24 | 336.38 |
| B85 | 163056 | KNOPH, ERIK ROY | 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 | 224.56 | 359.30 |
| B90 | 183069 | KOSTRNA, KEITH R. | 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 | 243.00 | 388.80 |
| A85 | 153238 | LARREA, MANUEL | 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 | 235.68 | 377.09 |
| A85 | 153084 | LAWRENCE, LEO JAIRZENO | 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 | 254.45 | 407.12 |
| A85 | 153317 | LEBRON, JOSE | 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 | 170.49 | 272.78 |
| A85 | 152015 | LEE, ANDRE | 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 | 188.21 | 301.14 |
| A85 | 153297 | LEE, JEROME | 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 | 184.34 | 294.94 |
| A85 | 152426 | LEWIS, DWAYNE EVERETT | 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 | 197.09 | 315.34 |
| A85 | 150849 | LONERGAN, KONRAD | 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 | 212.74 | 340.38 |
| A85 | 152390 | LONGMORE, WAYNE H | 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 | 232.63 | 372.21 |
| N85 | 251588 | LOPATOWSKI, ROBERT T | 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 | 203.95 | 326.32 |
| B85 | 163329 | LOPEZ, JOSE | 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 | 184.86 | 295.78 |
| A85 | 153319 | LOPEZ, JUAN | 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 | 190.65 | 305.04 |
| A85 | 152835 | MADERA, NESTOR G | 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 | 247.48 | 395.97 |
| A85 | 151769 | MARTIN, RONALD ELLIOT | 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 | 246.23 | 393.97 |
| A85 | 151278 | MARTINEZ, RAYMOND | 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 | 257.47 | 411.95 |
| B85 | 162324 | MCGOVERN, ROBERT | 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 | 209.87 | 335.79 |
| B85 | 163140 | MCGRAW, JAMES P. | 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 | 232.68 | 372.29 |
| B85 | 160453 | MENDICINO, EDWARD | 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 | 269.52 | 431.23 |
| A85 | 153234 | MERCEDES, ARISON | 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 | 230.82 | 369.31 |
| A85 | 153236 | MERCEDES, RAMON | 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 | 227.04 | 363.26 |
| B85 | 161078 | MILENKOVIC, MILIVOJE | 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 | 195.24 | 312.38 |
| A90 | 173037 | MIRANDA, EUGENIO | 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 | 176.00 | 281.60 |
| B85 | 163287 | MOLLIN, JOSEPH | 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 | 171.27 | 274.03 |
| B85 | 163053 | MURPHY, KEVIN JOSEPH | 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 | 343.66 | 549.86 |
| A90 | 170305 | NARDOZZA, THOMAS | 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 | 170.00 | 272.00 |
| B85 | 161830 | NARMANLI, TURGAY | 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 | 223.64 | 357.82 |
| A85 | 152405 | NORMAN, CARL | 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 | 221.52 | 354.43 |
| B85 | 161813 | NUDELMAN, SERGEY | 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 | 201.68 | 322.69 |
| A85 | 153207 | OGANDO, WILLIAM | 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 | 210.28 | 336.45 |
| A90 | 172265 | OKEEFE, CORNELIUS D | 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 | 178.50 | 285.60 |
| B85 | 163153 | OKLU, ISMAIL | 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 | 240.04 | 384.06 |
| B85 | 161631 | OLTULU, MIRAL | 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 | 236.86 | 378.98 |
| A85 | 153300 | OTTENWALDER, RUBEN | 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 | 207.93 | 332.69 |
| A85 | 153193 | PAILLANT, JAMES | 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 | 153.87 | 246.19 |
| A90 | 172634 | PARSELL, ANTHONY MICHAEL | 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 | 194.00 | 310.40 |
| N85 | 253253 | PAVICH, RICHARD | 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 | 169.66 | 271.46 |
| B85 | 163113 | PAZ MANCIA, HUGO MARVIN | 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 | 208.64 | 333.82 |
| N85 | 162935 | PEARCE, BRIAN E | 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 | 262.76 | 420.42 |
| A90 | 172989 | PEARCE, DENNIS M | 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 | 214.00 | 342.40 |
| B85 | 163008 | PERRY, MATTHEW PATRICK | 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 | 221.21 | 353.94 |
| B85 | 163206 | PIRONTI, JOSEPH | 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 | 182.11 | 291.38 |
| A85 | 153302 | POLANCO, JORGE L | 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 | 203.37 | 325.39 |
| A85 | 163184 | PUSZKO, RYSZARD | 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 | 226.83 | 362.93 |
| N85 | 252415 | QUISTGAARD, STEPHEN | 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 | 157.71 | 252.34 |
| B85 | 161730 | RAMIREZ, GEORGE | 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 | 218.83 | 350.13 |
| B85 | 161847 | RANKIN, ROBERT | 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 | 283.11 | 452.98 |
| A90 | 173314 | RIVAS, TOMAS | 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 | 178.00 | 284.80 |
| B85 | 160342 | RIVERA, ZENON | 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 | 215.69 | 345.10 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N85 | 252138 | ROBISHAW, CLARENCE J | 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 | 180.11 | 288.18 | | |
| A85 | 153178 | RODRIGUEZ, HUGO S. | 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 | 223.55 | 357.68 | | |
| N85 | 253157 | RUDEBUSH, DAVID C. | 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 | 180.41 | 288.68 | | |
| B85 | 161649 | RUPECK, DANIEL G | 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 | 191.22 | 305.95 | | |
| A85 | 152827 | SANCHES, GEREMIAS FRIGERI | 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 | 285.44 | 456.70 | | |
| B85 | 163220 | SAR, MAHMUT | 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 | 188.05 | 300.88 | | |
| B85 | 161600 | SCHMIDLIN, WILLIAM J | 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 | 105.31 | 168.50 | T | 3/14/2008 |
| A85 | 152532 | SEEPERSAUD, VIJAI RAVI | 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 | 381.49 | 610.38 | | |
| B85 | 160689 | SERINO, JOSEPH | 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 | 212.29 | 339.66 | | |
| A85 | 153160 | SHEPHERD, DWAYNE | 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 | 245.11 | 392.18 | | |
| B85 | 163328 | SIHPOL, TOBIN | 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 | 164.29 | 262.86 | | |
| A90 | 171657 | SIMOES, JOSE | 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 | 210.50 | 336.80 | | |
| A85 | 153130 | SINAR, JAN | 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 | 194.11 | 310.58 | | |
| B85 | 163012 | SMITH, CLARK GABLE | 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 | 272.59 | 436.14 | | |
| B85 | 163188 | SMITH, RAYMOND | 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 | 180.54 | 288.86 | | |
| B85 | 161846 | SMITH, THOMAS RUSSELL | 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 | 210.45 | 336.72 | | |
| B85 | 163044 | STEBBINS, DAVID H | 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 | 193.98 | 310.37 | | |
| N85 | 252269 | SWIK, JOHN JOSEPH | 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 | 184.73 | 295.57 | | |
| A85 | 153318 | TAVERAS, CELSO | 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 | 198.50 | 317.60 | | |
| A85 | 153233 | TEJEDA, MARIO | 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 | 229.24 | 366.78 | | |
| A85 | 153218 | TENEMPAGUAY, RAMON U. | 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 | 190.55 | 304.88 | | |
| B85 | 162383 | THEODOROU, STAVROS N | 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 | 212.93 | 340.69 | | |
| A85 | 153090 | THOMPSON, MERRICK W. | 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 | 237.80 | 380.48 | | |
| N85 | 251970 | TIMKE, TIMOTHY MICHAEL | 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 | 186.59 | 298.54 | | |
| B85 | 161755 | TORTORELLA, FRANK J | 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 | 244.21 | 390.74 | | |
| A85 | 153133 | TOUSSAINT, KEDDY | 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 | 250.18 | 400.29 | T | 3/15/2008 |
| A85 | 152704 | TRAPALIS, ANDREAS | 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 | 228.32 | 365.31 | | |
| A85 | 153161 | VITO, JOSEPH | 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 | 182.38 | 291.81 | | |
| A85 | 153043 | VOLTAIRE, EDDY | 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 | 233.70 | 373.92 | T | 3/15/2008 |
| B85 | 162255 | WALLER, ROBERT MICHAEL | 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 | 191.94 | 307.10 | | |
| A85 | 153228 | WALTERS, STEPHEN M. | 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 | 224.77 | 359.63 | | |
| B85 | 162463 | WILLIS, WILLIAM J | 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 | 208.40 | 333.44 | | |
| A85 | 152875 | WNOROWSKI, ADAM | 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 | 218.10 | 348.96 | | |
| A90 | 171574 | WOLF, VICTOR | 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 | 188.50 | 301.60 | | |
| B85 | 161087 | ZERVAKOS, PETER | 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 | 207.02 | 331.23 | | |
| | | | | 33,360.23 | 53,376.37 | | |