MYSTIC TANK LINES CORP
LOCAL 553 PENSION REPORT
APRIL 2008

| DEP1 | FILE # | DOH | NAME | SSN | HRS | CONTRIBUTION @ 1.60/HOUR | | |
|---|---|---|---|---|---|---|---|---|
| N90 | 263252 | 3/27/2007 | ADAMS, JAY JOHN | 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 | 160.00 | 256.00 | | |
| A90 | 173054 | 8/17/2005 | ADOW, JOHNSON KOBLA | 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 | 300.00 | 480.00 | | |
| A85 | 152927 | 5/10/2004 | AGAGA, CHARLES | 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 | 226.39 | 362.22 | | |
| A85 | 153326 | 12/10/2007 | AGUDELO, ALEJANDRO | 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 | 177.48 | 283.97 | | |
| A85 | 153148 | 5/15/2006 | AKILOV, ALEXANDER | 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 | 150.00 | 240.00 | T | 3/18/2008 |
| B85 | 161756 | 8/31/1998 | ALLEGRETTO, JAMES J | 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 | 195.06 | 312.10 | | |
| N85 | 252983 | 11/22/2004 | ALLEN, TERRENCE | 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 | 148.40 | 237.44 | | |
| B90 | 181972 | 9/27/1999 | AMARU II, SIMEON A | 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 | 148.50 | 237.60 | | |
| B90 | 182703 | 8/25/2003 | AMARU, DAVID ANTHONY | 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 | 217.50 | 348.00 | | |
| B85 | 163203 | 11/21/2006 | AYCOCK, CHARLES J. | 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 | 179.25 | 286.80 | | |
| A85 | 161160 | 2/14/1994 | BALDARI, MICHAEL | 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 | 48.50 | 77.60 | | |
| A85 | 153235 | 2/5/2007 | BARAHONA, JOSE C. | 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 | 207.81 | 332.50 | | |
| A85 | 153202 | 11/20/2006 | BARAM, ALON | 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 | 191.14 | 305.82 | | |
| N85 | 253151 | 6/26/2006 | BARRY, RICHARD J. | 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 | 23.88 | 38.21 | T | 4/4/2008 |
| B85 | 163195 | 10/24/2006 | BASS, JASON C | 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 | 173.99 | 278.38 | | |
| A85 | 153122 | 2/6/2006 | BATHILY, ABDOULAYE | 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 | 203.66 | 325.86 | | |
| A85 | 153052 | 8/16/2005 | BAZEMORE, TARAN JULIUS | 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 | 218.25 | 349.20 | | |
| B90 | 181252 | 9/27/1993 | BERGER, JEFFREY | 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 | 166.00 | 265.60 | | |
| B85 | 160332 | 3/17/1986 | BILSKI, KEVIN | 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 | 114.77 | 183.63 | | |
| A85 | 153179 | 9/27/2006 | BONACCI, GREGORY J. | 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 | 186.26 | 298.02 | | |
| N85 | 252114 | 7/3/2000 | BOTSFORD, STEVEN CHARLES | 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 | 289.07 | 462.51 | | |
| B85 | 163176 | 9/19/2006 | BRADLEY, JERMIL RAHEEM | 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 | 192.05 | 307.28 | | |
| A85 | 153334 | 1/7/2008 | BUDZILEK, MACIEJ | 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 | 201.30 | 322.08 | | |
| A85 | 151919 | 6/15/1999 | CAGGIANO, MICHAEL V | 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 | 145.10 | 232.16 | | |
| A85 | 153021 | 4/18/2005 | CALDERON, MANUEL | 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 | 184.10 | 294.56 | | |
| A85 | 153226 | 1/15/2007 | CALDES, BENJAMIN | 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 | 121.43 | 194.29 | | |
| B85 | 163061 | 9/6/2005 | CALDWELL, TIMOTHY | 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 | 214.10 | 342.56 | | |
| A85 | 151815 | 11/16/1998 | CALLE, CARLOS EFREN | 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 | 217.91 | 348.66 | | |
| A85 | 152377 | 10/9/2001 | CAPPUCCIO, VINCENT J | 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 | 134.47 | 215.15 | | |
| A85 | 151104 | 10/25/1993 | CASTILLO, ANGEL | 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 | 225.50 | 360.80 | | |
| A85 | 153309 | 10/9/2007 | CASTILLO, DANNY | 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 | 160.88 | 257.41 | | |
| M90 | 171260 | 3/15/1995 | CERON, ALFREDO | 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 | 182.25 | 291.60 | | |
| B85 | 163163 | 8/2/2006 | CETOUTE, NICKENSON | 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 | 197.02 | 315.23 | | |
| A85 | 152657 | 6/30/2003 | CHAPMAN, RON A | 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 | 240.82 | 385.31 | | |
| A85 | 152439 | 8/13/2002 | CHAPMAN, RONALD | 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 | 225.13 | 360.21 | | |
| N85 | 152332 | 10/15/2001 | CHIPMAN, SEKOU A | 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 | 60.97 | 97.55 | | |
| M90 | 171958 | 2/7/2005 | CONTINO, JOSEPH W. | 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 | 206.00 | 329.60 | | |
| B85 | 160336 | 8/14/1989 | CORRELL, JAMES | 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 | 178.91 | 286.26 | | |
| B85 | 161002 | 12/21/1992 | CRAIN, MICHAEL | 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 | 207.45 | 331.92 | | |
| B85 | 162934 | 5/20/2004 | CUCCU, RICHARD C | 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 | 225.78 | 361.25 | | |
| A85 | 153172 | 9/11/2006 | DAVIS, GREGG GARFIELD | 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 | 37.98 | 60.77 | T | 3/30/2008 |
| A85 | 153225 | 1/8/2007 | DE LA CRUZ, EIRY A. | 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 | 206.52 | 330.43 | | |
| N90 | 262895 | 1/26/2004 | DEAN, MICHAEL A | 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 | 138.00 | 220.80 | T | 4/4/2008 |
| B85 | 162943 | 6/9/2004 | DURSO, JOSEPH | 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 | 243.71 | 389.94 | | |
| A85 | 151192 | 9/19/1994 | EMRICH, ROBERT | 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 | 276.62 | 442.59 | | |
| A85 | 151629 | 11/10/1997 | FANELLI, JOSEPH | 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 | 233.22 | 373.15 | | |
| N85 | 252902 | 3/29/2004 | FERNANDEZ, ANGEL | 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 | 123.58 | 197.73 | | |
| A85 | 153282 | 5/29/2007 | FERNANDEZ, JOSE A. | 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 | 226.07 | 361.71 | | |
| A85 | 151325 | 10/16/1995 | FIELDING, CARL | 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 | 150.74 | 241.18 | | |
| A85 | 153275 | 5/7/2007 | FISHMAN, VLADIMIR | 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 | 215.37 | 344.59 | | |
| A85 | 151948 | 8/17/1999 | FORD, PAUL DAVID | 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 | 217.25 | 347.60 | | |
| A85 | 153295 | 7/23/2007 | FRASER, JERMAINE S. | 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 | 195.68 | 313.09 | | |
| N90 | 262247 | 1/22/2001 | FROEHLICH, MATTHEW M | 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 | 160.00 | 256.00 | | |
| B85 | 160473 | 7/11/1988 | GALOW, GORDON | 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 | 237.94 | 380.70 | | |
| A85 | 153075 | 10/11/2005 | GARCIA VACA, FELIX ARTURO | 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 | 217.52 | 348.03 | | |
| A85 | 153283 | 6/4/2007 | GARRIDO, MARLON | 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 | 237.60 | 380.16 | | |
| B85 | 162083 | 3/2/1992 | GEZLEV, SENOL | 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 | 186.33 | 298.13 | | |
| A85 | 153256 | 4/2/2007 | GONZALEZ, JOFFRE | 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 | 218.50 | 349.60 | | |
| B85 | 161313 | 10/2/1995 | GOODWIN, ARTHUR | 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 | 208.38 | 333.41 | | |
| B85 | 163100 | 12/13/2005 | GREUBEL, JOSEPH G. | 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 | 283.30 | 453.28 | | |
| A85 | 152494 | 11/4/2002 | HAMDJATA, MANGARA HAMZA | 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 | 290.39 | 464.62 | | |

| Code | ID | Date | Name | SSN | Amount1 | Amount2 | Flag | Date2 |
|---|---|---|---|---|---|---|---|---|
| A85 | 152015 | 11/29/1999 | LEE, ANDRE | 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 | 202.66 | 324.26 | | |
| A85 | 153297 | 8/13/2007 | LEE, JEROME | 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 | 182.03 | 291.25 | | |
| A85 | 152426 | 7/29/2002 | LEWIS, DWAYNE EVERETT | 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 | 185.61 | 296.98 | | |
| A85 | 150849 | 10/29/1991 | LONERGAN, KONRAD | 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 | 201.53 | 322.45 | | |
| A85 | 152390 | 5/28/2002 | LONGMORE, WAYNE H | 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 | 215.70 | 345.12 | | |
| N85 | 251586 | 9/24/1997 | LOPATOWSKI, ROBERT T | 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 | 186.98 | 299.17 | | |
| B85 | 163329 | 12/13/2007 | LOPEZ, JOSE | 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 | 144.59 | 231.34 | | |
| A85 | 153319 | 11/5/2007 | LOPEZ, JUAN | 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 | 166.53 | 266.45 | | |
| A85 | 152835 | 11/4/2003 | MADERA, NESTOR G | 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 | 286.58 | 458.53 | | |
| A85 | 151769 | 9/21/1998 | MARTIN, RONALD ELLIOT | 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 | 232.77 | 372.43 | | |
| A85 | 151278 | 7/24/1995 | MARTINEZ, RAYMOND | 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 | 269.96 | 431.94 | | |
| B85 | 162324 | 9/6/2001 | MCGOVERN, ROBERT | 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 | 203.19 | 325.10 | | |
| B85 | 163140 | 4/24/2006 | MCGRAW, JAMES P. | 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 | 182.86 | 292.58 | | |
| B85 | 160453 | 1/28/1988 | MENDICINO, EDWARD | 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 | 231.63 | 370.61 | | |
| A85 | 153234 | 2/5/2007 | MERCEDES, ARISON | 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 | 227.70 | 364.32 | | |
| A85 | 153236 | 2/5/2007 | MERCEDES, RAMON | 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 | 216.67 | 346.67 | | |
| B85 | 161078 | 10/11/1993 | MILENKOVIC, MILIVOJE | 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 | 193.22 | 309.15 | | |
| A90 | 173037 | 6/6/2005 | MIRANDA, EUGENIO | 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 | 160.00 | 256.00 | | |
| B85 | 163287 | 7/2/2007 | MOLLIN, JOSEPH | 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 | 121.98 | 195.17 | | |
| A85 | 153182 | 10/10/2006 | MOZEJKO, MITCHELL | 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 | 10.00 | 16.00 | T | 2/17/2008 |
| B85 | 163053 | 8/8/2005 | MURPHY, KEVIN JOSEPH | 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 | 222.57 | 356.11 | | |
| A90 | 170305 | 9/30/1985 | NARDOZZA, THOMAS | 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 | 165.00 | 264.00 | | |
| B85 | 161830 | 12/15/1998 | NARMANLI, TURGAY | 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 | 201.46 | 322.34 | | |
| A85 | 152405 | 6/10/2002 | NORMAN, CARL | 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 | 215.42 | 344.67 | | |
| B85 | 161813 | 11/16/1998 | NUDELMAN, SERGEY | 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 | 208.29 | 333.26 | | |
| A85 | 153207 | 11/28/2006 | OGANDO, WILLIAM | 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 | 215.15 | 344.24 | | |
| A90 | 172265 | 3/14/2001 | OKEEFE, CORNELIUS D | 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 | 188.50 | 301.60 | | |
| B85 | 163153 | 7/4/2006 | OKLU, ISMAIL | 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 | 227.71 | 364.34 | | |
| B85 | 161831 | 12/14/1998 | OLTULU, MIRAL | 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 | 200.44 | 320.70 | | |
| A85 | 153300 | 8/27/2007 | OTTENWALDER, RUBEN | 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 | 222.99 | 356.78 | | |
| A85 | 153193 | 10/23/2006 | PAILLANT, JAMES | 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 | 197.97 | 316.75 | | |
| A90 | 172634 | 6/9/2003 | PARSELL, ANTHONY MICHAEL | 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 | 161.50 | 258.40 | | |
| N85 | 253253 | 4/2/2007 | PAVICH, RICHARD | 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 | 161.13 | 257.81 | | |
| B85 | 163113 | 1/9/2006 | PAZ MANCIA, HUGO MARVIN | 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 | 226.84 | 362.94 | | |
| N85 | 162935 | 5/25/2004 | PEARCE, BRIAN E | 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 | 167.67 | 268.27 | | |
| A90 | 172989 | 12/27/2004 | PEARCE, DENNIS M | 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 | 202.00 | 323.20 | | |
| B85 | 163008 | 2/14/2005 | PERRY, MATTHEW PATRICK | 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 | 199.47 | 319.15 | | |
| B85 | 163206 | 11/29/2006 | PIRONTI, JOSEPH | 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 | 178.99 | 286.38 | | |
| A85 | 153302 | 9/10/2007 | POLANCO, JORGE L. | 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 | 157.05 | 251.28 | | |
| A85 | 163184 | 10/10/2006 | PUSZKO, RYSZARD | 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 | 207.42 | 331.87 | | |
| N85 | 252415 | 7/1/2002 | QUISTGAARD, STEPHEN | 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 | 146.41 | 234.26 | | |
| B85 | 161730 | 7/27/1998 | RAMIREZ, GEORGE | 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 | 206.52 | 330.43 | | |
| B85 | 161847 | 1/19/1999 | RANKIN, ROBERT | 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 | 195.44 | 312.70 | | |
| A90 | 173314 | 10/22/2007 | RIVAS, TOMAS | 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 | 130.50 | 208.80 | | |
| B85 | 160342 | 9/13/1989 | RIVERA, ZENON | 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 | 203.25 | 325.20 | | |
| N85 | 252138 | 8/1/2000 | ROBISHAW, CLARENCE J | 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 | 182.75 | 292.40 | | |
| A85 | 153178 | 9/26/2006 | RODRIGUEZ, HUGO S. | 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 | 270.46 | 432.74 | | |
| N85 | 253157 | 7/10/2006 | RUDEBUSH, DAVID C. | 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 | 214.96 | 343.94 | | |
| B85 | 161649 | 12/1/1997 | RUPECK, DANIEL G | 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 | 248.51 | 397.62 | | |
| A85 | 152827 | 2/5/2001 | SANCHES, GEREMIAS FRIGERI | 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 | 243.20 | 389.12 | | |
| B85 | 163220 | 12/20/2006 | SAR, MAHMUT | 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 | 98.51 | 157.62 | | |
| A85 | 152532 | 2/10/2003 | SEEPERSAUD, VIJAI RAVI | 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 | 217.10 | 347.36 | | |
| B85 | 160689 | 5/21/1990 | SERINO, JOSEPH | 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 | 194.45 | 311.12 | | |
| A85 | 153160 | 7/24/2006 | SHEPHERD, DWAYNE | 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 | 207.78 | 332.45 | | |
| B85 | 163328 | 12/11/2007 | SIHPOL, TOBIN | 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 | 163.52 | 261.63 | | |
| A90 | 171657 | 12/2/1997 | SIMOES, JOSE | 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 | 180.00 | 288.00 | | |
| A85 | 153130 | 3/20/2006 | SINAR, JAN | 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 | 199.26 | 318.82 | | |
| B85 | 163012 | 2/28/2005 | SMITH, CLARK GABLE | 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 | 302.17 | 483.47 | | |
| B85 | 163188 | 10/16/2006 | SMITH, RAYMOND | 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 | 177.97 | 284.75 | | |
| B85 | 161846 | 1/12/1999 | SMITH, THOMAS RUSSELL | 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 | 159.78 | 255.65 | | |
| B85 | 163044 | 7/25/2005 | STEBBINS, DAVID H | 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 | 175.52 | 280.83 | | |
| N85 | 252269 | 4/17/2001 | SWIK, JOHN JOSEPH | 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 | 199.47 | 319.15 | | |
| A85 | 153318 | 11/5/2007 | TAVERAS, CELSO | 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 | 197.61 | 316.18 | | |
| A85 | 153233 | 2/5/2007 | TEJEDA, MARIO | 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 | 229.31 | 366.90 | | |
| A85 | 153218 | 12/11/2006 | TENEMPAGUAY, RAMON U. | 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 | 197.03 | 315.25 | | |
| B85 | 162383 | 5/13/2002 | THEODOROU, STAVROS N | 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 | 202.20 | 323.52 | | |
| A85 | 153090 | 11/14/2005 | THOMPSON, MERRICK W. | 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 | 185.26 | 296.42 | | |
| N85 | 251970 | 10/4/1999 | TIMKE, TIMOTHY MICHAEL | 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 | 182.66 | 292.26 | | |
| B85 | 161755 | 8/31/1998 | TORTORELLA, FRANK J | 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 | 219.15 | 350.64 | | |

| | | | |
|---|---|---:|---:|
| Bayshore Mechanics | TLB - 710300 | 748.00 | 1,196.80 |
| Matawan Drivers | TLJ - 700300 | 0.00 | 0.00 |
| Matawan Mechanics | TLJ - 710300 | 388.25 | 621.20 |
| Newburgh Drivers | TLM - 700300 | 2,891.18 | 4,625.89 |
| Newburgh Mechanics | TLM - 710300 | 458.00 | 732.80 |
| | | 30,096.07 | $48,153.71 |