## **MYSTIC TANK LINES**

Updated through May 30, 2008

## **CASE #2**

| DATE REC'D | PERIOD COVERED | HOUR | RATE | CONT. | INT. | INT AMT | MO | TOTAL INT. AMT |
|---|---|---|---|---|---|---|---|---|
| 6-19-07 | 5-1-07 (highest remit in last 12-mo. | 44,959.48 plus 10% | 1.35 | $60,695.30 | | | | |
| 11-16-07 | 06-01-07-06-30-07 | 35,820.54 | 1.35 | $ 48,357.73 | 18% | $ 725.37 | 4mos 6days Int- 196 days | $ 2913.42 $ 281.61 |
| 12-21-07 | 07-01-07-07-31-07 | 32,455.71 | 1.35 | $43,815.21 | 18% | $ 657.23 | 4mos 11 days Int- 152 days | $ 2648.73 $ 198.55 |
| 01-07-08 | 08-01-07-08-31-07 | 22,507.61 | 1.35 | $ 30,385.27 | 18% | $ 455.78 | 3mos. 28 day Int- 132 days | $ 1402.30 $ 91.28 |
| 01/17/08 | 09-01-07-09-30-07 | 7,822.80 | 1.35 | $ 10,560.78 | 18% | $ 158.41 | 3mos 7days Int-106 days | $ 478.27 $ 25.00 |
| 01/29/08 | 10-01-07-10-31-07 | 3,710.89 | 1.35 | $ 5,009.70 | 18% | $ 75.15 | 2mos 19days Int- 113 days | $ 154.21 $ 8.59 |
| 02/07/08 | 11-01-07-11-30-07 | 4,451.91 | 1.35 | $ 6,010.08 | 18% | $ 90.50 | 1mo. 28 days Int - 104 days | $ 97.44 $ 5.00 |
| 02/19/08 | 12-01-07-12-31-07 | 4,064.01 | 1.35 | $ 5,486.41 | 18% | $ 82.30 | 1 mo. 9 days Int.- 88 days | $ 84.33 $ 3.66 |
| ** | 01-01-08-01-31-08 | 44,315.93 | 1.60 | $70,905.49 | 18% | $1,063.58 | 3 mos 21 days | $3,251.93 |
| ** | 02-01-08-02-29-08 | 33,386.15 | 1.60 | $53,417.84 | 18% | $ 801.27 | 2 mos 21 days | $1,648.64 |
| ** | 03-01-08-03-31-08 | 33,360.23 | 1.60 | $53,376.37 | 18% | $ 800.65 | 1 mo 20 days | $ 844.52 |
| ** | 04-01-08-04-30-08 | 30,096.07 | 1.60 | $48,153.71 | 18% | $ 722.31 | 20 days | $ 39.58 |

** Remittance Received but no contributions.

CONTRIBUTIONS DUE: $225,853.41
ACCRUED INTEREST: $ 14,177.06
TOTAL AMOUNT DUE PENSION FUND: $240,030.47