```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Demos P. Demopoulos, Steven Goldman,            *
Michael N. Romita, John Jack Dresch and         *
Robert B. Greenes: as TRUSTEES of the           *
LOCAL 553 BENEFITS FUND; and as                 *
TRUSTEES of the LOCAL 553 PENSION               *
FUND; and as TRUSTEES of the LOCAL              *
553 DEFERRED COMPENSATION FUND,                 *
                                                *       CV-07-09451 (DC)(MHD)
Plaintiffs,                                     *
        - against -                             *
                                                *
MYSTIC TANK LINES CORP.,                        *
                                                *
Defendant.                                      *
------------------------------------------------------------X
```

## CERTIFICATE OF SERVICE

      I, William K. Wolf, an attorney admitted to practice in the courts of the State of New York and in the federal district courts of the Southern and Eastern Districts of the State of New York, do hereby certify, under the penalties of perjury, that on May 30, 2008, I caused true and correct copies of the Notice of Motion for Summary Judgment, Plaintiffs' Statement of Undisputed Material Facts Pursuant to Local Civil Rule 56.1 in Support of Their Motion for Summary Judgment, dated May 30, 2008, Plaintiffs' Memorandum of Law in Support of Their Motion for Summary Judgment Against Defendant Mystic Tank Lines Corp., dated May 30, 2008, Declaration of William K. Wolf in Support of Plaintiffs' Motion for Summary Judgment, with exhibits, dated May 30, 2008, and Declaration of Vikki Lefkowitz in Support of Plaintiffs' Motion for Summary Judgment, with exhibits, dated May 30, 2008, to be served by overnight mail through the United States Post Office and by email on:

Philip T. Simpson, Esq.<br>
ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.<br>
1345 Avenue of the Americas<br>
New York, New York 10105<br>
(212) 603-6300<br>
pts@robinsonbrog.com

1

Dated: May 30, 2008
       New York, New York

                                                         William K. Wolf (WW-7906)

                                                         FRIEDMAN & WOLF
                                                         1500 Broadway, Suite 2300
                                                         New York, New York 10036
                                                         (212) 354-4500
                                                         wwolf@friedmanwolf.com

Author: DLS    Doc Number: 100069