```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

DEMOS DEMOPOULIS et al.,
                                    :
              Plaintiffs,                       ORDER
                                    :
      -against-                                 07 Civ. 9451 (DC)(MHD)
                                    :
MYSTIC TANK LINES CORP.,
                                    :
              Defendant.
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/08

It is hereby **ORDERED** that the settlement conference has been scheduled in the above-captioned action on FRIDAY, JUNE 6, 2008 at 10:00 AM has been rescheduled for **FRIDAY, JUNE 20, 2008 at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        June 5, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been faxed this date to:

William Keith Wolf, Esq.
Friedman & Wolf
1500 Broadway
Suite 2300
New York, NY 10036

Ronald Barry Goodman, Esq.
Robinson, Brog, Leinwand,
Greene, Genovese & Gluck  PC
1345 Avenue of the Americas-31st Floor
New York, NY 10105

Philip Thomas Simpson, Esq.
Robinson, Brog, Leinwand,
Greene, Genovese & Gluck PC
1345 Avenue of the Americas-31st Floor
New York, NY 10105