Ronald B. Goodman (RG6601)
Philip T. Simpson (PS9707)
ROBINSON BROG LEINWAND GREENE
  GENOVESE & GLUCK P.C.
Attorneys for Defendant
1345 Avenue of the Americas
New York, New York 10105-0143
(212) 603-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Demos Demopoulos, Steven Goldman,
Michael N. Romita, John Jack Dresch and
Joseph LaForgia: as TRUSTEES of the
LOCAL 553 PENSION FUND; and as
TRUSTEES of the LOCAL 553 DEFERRED
COMPENSATION FUND,

      Plaintiffs,
  -against-

MYSTIC TANK LINES CORP.,

      Defendant.
-----------------------------------------------------------x

Civil Action No.
07 CIV 9451 (DC)(MHD)
ECF Case

## CERTIFICATE OF SERVICE

  I, Rachel Song, an attorney admitted to practice in the courts of the State of New York, and in the federal district courts of the Southern and Eastern Districts of the State of New York, do hereby certify, under the penalties of perjury, that on June 24, 2008, I caused true and correct copies of the Memorandum of Law in Opposition to Plaintiffs' Motion for Summary Judgment dated June 24, 2008, Defendant's Response to Plaintiffs' Statement of Material Undisputed Facts Pursuant to Local Civil Rule 56.1 dated June 24, 2008, and Declaration of Salvatore Sammartano in Support of Defendant's Opposition to Plaintiffs' Motion for Summary Judgment dated June 24, 2008, to be served by Federal Express overnight courier service and by email on:

William K. Wolf, Esq.
Friedman & Wolf
1500 Broadway, Suite 2300
New York, NY 10036
(212) 354-4500
wwolf@friedmanwolf.com

{00393022.DOC;1}

Dated: June 24, 2008
      New York, NY

                                           ROBINSON BROG LEINWAND
                                           GREENE GENOVESE & GLUCK P.C.

                                           Rachel Song  (RS8237)
                                           Attorneys for Defendant
                                           1345 Avenue of the Americas
                                           New York, New York 10105
                                           (212) 603-6300