Ronald B. Goodman (RG6601)
Philip T. Simpson (PS9707)
ROBINSON BROG LEINWAND GREENE
 GENOVESE & GLUCK P.C.
Attorneys for Defendant
1345 Avenue of the Americas
New York, New York 10105-0143
(212) 603-6300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Demos Demopoulos, Steven Goldman,                :
Michael N. Romita, John Jack Dresch and          :
Joseph LaForgia: as TRUSTEES of the              :    Civil Action No.
LOCAL 553 PENSION FUND; and as                   :    07 CIV 9451 (DC)(MHD)
TRUSTEES of the LOCAL 553 DEFERRED               :    ECF Case
COMPENSATION FUND,                               :
                                                 :
                         Plaintiffs,             :
         -against-                               :
                                                 :
MYSTIC TANK LINES CORP.,                         :
                                                 :
                         Defendant.              :
------------------------------------------------------------x

DECLARATION OF SALVATORE SAMMARTANO IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, SALVATORE SAMMARTANO, hereby depose and say, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

1.  I am the Vice President of Mystic Tank Lines Corp. ("Mystic"). As Vice President of Mystic, I am fully familiar with the operations and finances of Mystic.

2.  My responsibilities include oversight of Mystic's payments to Local 553, I.B.T. for the Pension Trust Fund ("Local 553 Trust Fund").

{00392932.DOC;1}

3. I have personal knowledge of all the remittance reports and payments that were made by Mystic to the Local 553 Trust Fund.

4. Mystic has submitted all remittance reports due to date and has paid all contributions owed to the Local 553 Trust Fund through and including December of 2007.

5. In particular, the following details the contributions paid by Mystic to the Local 553 Trust Fund for the monthly periods of June through December 2007:

   a. June 2007:        $48,357.73

   b. July 2007:        $43,815.21

   c. August 2007:      $30,385.27

   d. September 2007:   $10,560.78

   e. October 2007:     $5,009.70

   f. November 2007:    $6,010.08

   g. December 2007:    $5,486.41

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 24, 2008
       New York, New York

_____
SALVATORE SAMMARTANO

Sworn to before me this

24th of June, 2008

_____
NOTARY PUBLIC

PHILIP T. SIMPSON
NOTARY PUBLIC - State of New York
No. 02SI4930667
Qualified in New York County
Commission Expires July 25, 2010

{00392932.DOC;1}