USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/25/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

Demos Demopoulos, Steven Goldman,
Michael N. Romita, John Jack Dresch and
Joseph LaForgia: as TRUSTEES of the
LOCAL 553 PENSION FUND; and as
TRUSTEES of the LOCAL 553 DEFERRED
COMPENSATION FUND,

                    Plaintiffs,

    -against-

MYSTIC TANK LINES CORP.,

                    Defendant.

-----------------------------------------------------------x

Civil Action No.
07 CIV 9451 (DC)(MHD)
ECF Case

STIPULATION AND ORDER

      IT IS HEREBY STIPULATED by and between the undersigned parties that defendant's

time to serve opposition papers to plaintiffs' motion for summary judgment is extended from

June 23 to June 24, 2008, due to illness of defendant's counsel. Plaintiffs' time to serve reply

papers is extended from June 30 to July 1.

      There has been no prior request for an extension or adjournment.

      This stipulation may be executed in any number of counterparts and when taken together

shall constitute one original document and facsimile signatures may be deemed original.

Dated: New York, New York
     June 23, 2008

FRIEDMAN & WOLF

By: _____
    William K. Wolf (WW-7906)
    Douglas L. Sanders (DS-4278)
Attorneys for Plaintiffs
1500 Broadway, Suite 2300
New York, New York 10036
Tel: (212) 354-4500

Dated: New York, New York
     June 23, 2008

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK PC

By: _____
    Rachel Song, Esq. (RS-8237)
    Philip T. Simpson, Esq. (PS-9707)
    Ronald B. Goodman, Esq. (RG-6601)
Attorneys for Mystic Tank Lines Corp.
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 603-6300

(00292905.DOC;1)

SO ORDERED.

WDS 6/24/08