UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Demos P. Demopoulos, Steven Goldman,                    *
Michael N. Romita, John Jack Dresch and                 *
Robert B. Greenes: as TRUSTEES of the                   *
LOCAL 553 BENEFITS FUND; and as                         *
TRUSTEES of the LOCAL 553 PENSION                       *
FUND; and as TRUSTEES of the LOCAL                      *
553 DEFERRED COMPENSATION FUND,                         *
                                                        *        CV-07-09451 (DC)(MHD)
                                    Plaintiffs,         *
                                                        *
              - against -                               *
                                                        *
MYSTIC TANK LINES CORP.,                                *
                                                        *
                                    Defendant.          *
------------------------------------------------------------X

## SECOND DECLARATION OF VIKKI LEFKOWITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, VIKKI LEFKOWITZ, hereby depose and say, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

1.    I am the Fund Office Manager of the Local 553 Pension, Benefits, and Deferred Compensation Trust Funds (the "Funds"). I am responsible for, among other things, reviewing the files of delinquent employers, preparing and maintaining the records of monies due by delinquent employers, and maintaining the records of the Funds.

2.    Annexed hereto as Exhibit A is the remittance report for Mystic for the month of May 2008.

3.    Mystic's May 2008 remittance report shows that it owes $62,204.02 in contributions. To date, Defendant has not paid the contributions owing under the May 2008 remittance report.

4.    The document in exhibit A to this Declaration is a record of the Funds that the Funds retain on file as part of its daily operations of collecting benefit fund contributions.

5.    It is the regular practice of the Funds to make and/or retain such records.

6.    The Funds make and/or retain such records from information submitted by employers, participants, and/or other entities.

7.    When the Funds make and/or retain such records, it makes and/or retains the records at the time that the information is submitted to the Funds.

8.    The Funds keep these records in the course of its regularly conducted business activity.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  6 3 0 2008
        New York, New York

VIKKI LEFKOWITZ

Sworn to before me this
30 day of JUNE , 2008

NOTARY PUBLIC

MARY L. SERKANIC
Notary Public, State of New York
No. 01SE6096823
Qualified in New York County
Commission Expires Sept. 22, 2011

Author: DLS    Doc Number:100470                2

# Exhibit A

MYSTIC TANK LINES CORP
LOCAL 553 PENSION REPORT
MAY 2008

RECEIVED JUN 12 2008

| NAME | SSN | HRS | CONTRIBUTION @ 1.60/HOUR | |
|------|-----|-----|--------------------------|---|
| ADAMS, JAY JOHN | 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 | 270.00 | 432.00 | T    5/10/2008 |
| ADOW, JOHNSON KOBLA | 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 | 249.00 | 398.40 | |
| AGAGA, CHARLES | 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 | 376.44 | 602.30 | |
| AGUDELO, ALEJANDRO | 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 | 242.74 | 388.38 | |
| ALLEGRETTO, JAMES J | 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 | 205.08 | 328.13 | |
| ALLEN, TERRENCE | 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 | 260.26 | 416.42 | |
| AMARU II, SIMEON A | 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 | 210.28 | 336.45 | |
| AMARU, DAVID ANTHONY | 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 | 257.00 | 411.20 | |
| AYCOCK, CHARLES J. | 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 | 220.50 | 352.80 | |
| BALDARI, MICHAEL | 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 | 66.84 | 106.94 | |
| BARAHONA, JOSE C. | 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 | 287.69 | 460.30 | |
| BARAM, ALON | 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 | 244.60 | 391.36 | |
| BASS, JASON C | 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 | 258.05 | 412.88 | |
| BATHILY, ABDOULAYE | 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 | 279.64 | 447.42 | |
| BAZEMORE, TARAN JULIUS | 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 | 293.09 | 468.94 | |
| BERGER, JEFFREY | 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 | 200.50 | 320.80 | |
| BILSKI, KEVIN | 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 | 156.57 | 250.51 | |
| BONACCI, GREGORY J. | 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 | 230.15 | 368.24 | |
| BOTSFORD, STEVEN CHARLES | 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 | 372.31 | 595.70 | |
| BRADLEY, JERMIL RAHEEM | 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 | 263.92 | 422.27 | |
| BUDZILEK, MACIEJ | 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 | 249.50 | 399.20 | |
| CAGGIANO, MICHAEL V | 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 | 221.05 | 353.68 | |
| CALDERON, MANUEL | 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 | 224.13 | 358.61 | |
| CALDES, BENJAMIN | 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 | 189.91 | 303.86 | |
| CALDWELL, TIMOTHY | 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 | 227.55 | 364.08 | |
| CALLE, CARLOS EFREN | 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 | 298.94 | 478.30 | |
| CAPPUCCIO, VINCENT J | 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 | 256.11 | 409.78 | |
| CASTILLO, ANGEL | 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 | 311.71 | 498.74 | |
| CASTILLO, DANNY | 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 | 240.65 | 385.04 | |
| CERON, ALFREDO | 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 | 221.00 | 353.60 | |
| CETOUTE, NICKENSON | 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 | 236.37 | 378.19 | |
| CHAPMAN, RON A | 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 | 372.45 | 595.92 | |
| CHAPMAN, RONALD | 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 | 285.88 | 457.41 | |
| CONTINO, JOSEPH W. | 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 | 300.00 | 480.00 | |
| CORRELL, JAMES | 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 | 299.66 | 479.46 | |
| CRAIN, MICHAEL | 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 | 257.46 | 411.94 | |
| CUCCU, RICHARD C | 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 | 289.75 | 463.60 | |
| DE LA CRUZ, EIRY A. | 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 | 250.49 | 400.78 | |
| DURSO, JOSEPH | 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 | 222.33 | 355.73 | |
| EMRICH, ROBERT | 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 | 263.49 | 421.58 | |
| FANELLI, JOSEPH | 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 | 273.17 | 437.07 | |
| FERNANDEZ, ANGEL | 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 | 85.03 | 136.05 | |
| FERNANDEZ, JOSE A. | 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 | 271.68 | 434.69 | |
| FIELDING, CARL | 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 | 144.50 | 231.20 | |
| FISHMAN, VLADIMIR | 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 | 235.31 | 376.50 | |
| FORD, PAUL DAVID | 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 | 298.19 | 477.10 | |
| FRASER, JERMAINE S. | 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 | 322.46 | 515.94 | |
| FROEHLICH, MATTHEW M | 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 | 200.00 | 320.00 | |
| GALOW, GORDON | 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 | 316.33 | 506.13 | |
| GARCIA VACA, FELIX ARTURO | 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 | 254.59 | 407.34 | |
| GARRIDO, MARLON | 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 | 329.71 | 527.54 | |
| GEZLEV, SENOL | 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 | 215.18 | 344.29 | |
| GONZALEZ, JOFFRE | 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 | 335.65 | 537.04 | |
| GOODWIN, ARTHUR | 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 | 275.44 | 440.70 | |
| GREUBEL, JOSEPH G. | 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 | 233.66 | 373.86 | |
| HAMDJATA, MANGARA HAMZA | 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 | 248.76 | 398.02 | |
| HAMILTON, RAHMEL | 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 | 310.66 | 497.06 | |
| HARRINGTON, THOMAS | 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 | 253.77 | 406.03 | |
| HAUCK, CHARLES E | 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 | 270.10 | 432.16 | |

| | | | |
|---|---|---|---|
| HEMION, ROY D. | 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 | 277.23 | 443.57 |
| HUTZLER, THOMAS | 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 | 298.50 | 477.60 |
| IRIZARRY, JORGE | 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 | 248.27 | 397.23 |
| KARPINSKI, RICHARD | 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 | 171.13 | 273.81 |
| KAUFMAN, LUIS | 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 | 86.81 | 138.90 |
| KELLY, DENNIS | 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 | 356.99 | 571.18 |
| KEMPSTER, WILLIAM | 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 | 184.06 | 294.50 |
| KINNE, JOHN S | 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 | 471.35 | 754.16 |
| KLEIN, STEVEN J | 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 | 365.87 | 585.39 |
| KNOPH, ERIK ROY | 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 | 275.39 | 440.62 |
| LARREA, MANUEL | 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 | 102.82 | 164.51 |
| LAWRENCE, LEO JAIRZENO | 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 | 223.25 | 357.20 |
| LEBRON, JOSE | 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 | 244.54 | 391.26 |
| LEE, ANDRE | 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 | 270.59 | 432.94 |
| LEE, JEROME | 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 | 186.04 | 297.66 |
| LEWIS, DWAYNE EVERETT | 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 | 291.11 | 465.78 |
| LONERGAN, KONRAD | 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 | 228.70 | 365.92 |
| LONGMORE, WAYNE H | 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 | 380.50 | 608.80 |
| LOPATOWSKI, ROBERT T | 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 | 237.43 | 379.89 |
| LOPEZ, JOSE | 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 | 209.10 | 334.56 |
| LOPEZ, JUAN | 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 | 243.55 | 389.68 |
| MADERA, NESTOR G | 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 | 319.65 | 511.44 |
| MARTIN, RONALD ELLIOT | 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 | 293.24 | 469.18 |
| MARTINEZ, RAYMOND | 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 | 133.12 | 212.99 |
| MCGOVERN, ROBERT | 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 | 394.11 | 630.58 |
| MCGRAW, JAMES P. | 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 | 236.55 | 378.48 |
| MENDICINO, EDWARD | 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 | 270.87 | 433.39 |
| MERCEDES, ARISON | 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 | 295.05 | 472.08 |
| MERCEDES, RAMON | 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 | 306.51 | 490.42 |
| MILENKOVIC, MILIVOJE | 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 | 252.20 | 403.52 |
| MIRANDA, EUGENIO | 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 | 200.50 | 320.80 |
| MOLLIN, JOSEPH | 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 | 148.22 | 237.15 |
| MURPHY, KEVIN JOSEPH | 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 | 251.20 | 401.92 |
| NARDOZZA, THOMAS | 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 | 235.50 | 376.80 |
| NARMANLI, TURGAY | 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 | 338.22 | 541.15 |
| NORMAN, CARL | 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 | 342.87 | 548.59 |
| NUDELMAN, SERGEY | 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 | 262.60 | 420.16 |
| OGANDO, WILLIAM | 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 | 266.77 | 426.83 |
| OKEEFE, CORNELIUS D | 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 | 246.50 | 394.40 |
| OKLU, ISMAIL | 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 | 370.79 | 593.26 |
| OLTULU, MIRAL | 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 | 209.80 | 335.68 |
| OTTENWALDER, RUBEN | 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 | 290.97 | 465.55 |
| PADULA, FRANK | 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 | 154.19 | 246.70 |
| PAILLANT, JAMES | 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 | 344.23 | 550.77 |
| PARSELL, ANTHONY MICHAEL | 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 | 228.00 | 364.80 |
| PAVICH, RICHARD | 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 | 436.11 | 697.78 |
| PAZ MANCIA, HUGO MARVIN | 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 | 278.70 | 445.92 |
| PEARCE, DENNIS M | 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 | 366.75 | 586.80 |
| PERRY, MATTHEW PATRICK | 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 | 306.30 | 490.08 |
| PIRONTI, JOSEPH | 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 | 186.65 | 298.64 |
| POLANCO, JORGE L. | 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 | 242.96 | 388.74 |
| PUSZKO, RYSZARD | 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 | 256.26 | 410.02 |
| QUISTGAARD, STEPHEN | 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 | 195.00 | 312.00 |
| RAMIREZ, GEORGE | 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 | 431.97 | 691.15 |
| RANKIN, ROBERT | 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 | 312.39 | 499.82 |
| RIVAS, TOMAS | 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 | 98.75 | 158.00 |
| RIVERA, ZENON | 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 | 427.74 | 684.38 |
| ROBISHAW, CLARENCE J | 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 | 228.61 | 365.78 |
| RODRIGUEZ, HUGO S. | 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 | 277.18 | 443.49 |
| RUDEBUSH, DAVID C. | 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 | 268.73 | 429.97 |
| RUPECK, DANIEL G | 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 | 229.68 | 367.49 |
| SANCHES, GEREMIAS FRIGERI | 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 | 256.18 | 409.89 |
| SAR, MAHMUT | 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 | 231.33 | 370.13 |
| SEEPERSAUD, VIJAI RAVI | 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 | 301.88 | 483.01 |
| SERINO, JOSEPH | 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 | 241.41 | 386.26 |

| | | | | | |
|---|---|---|---|---|---|
| SHEPHERD, DWAYNE | 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 | 278.29 | 445.26 | | |
| SIHPOL, TOBIN | 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 | 224.63 | 359.41 | | |
| SIMOES, JOSE | 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 | 173.50 | 277.60 | T | 5/9/2008 |
| SINAR, JAN | 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 | 251.60 | 402.56 | | |
| SMITH, CLARK GABLE | 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 | 363.68 | 581.89 | | |
| SMITH, RAYMOND | 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 | 209.65 | 335.44 | | |
| SMITH, THOMAS RUSSELL | 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 | 304.68 | 487.49 | | |
| STEBBINS, DAVID H | 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 | 172.23 | 275.57 | | |
| SWIK, JOHN JOSEPH | 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 | 193.84 | 310.14 | | |
| TAVERAS, CELSO | 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 | 287.81 | 460.50 | | |
| TEJEDA, MARIO | 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 | 300.48 | 480.77 | | |
| TENEMPAGUAY, RAMON U. | 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 | 255.21 | 408.34 | | |
| THEODOROU, STAVROS N | 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 | 244.81 | 391.70 | | |
| THOMPSON, MERRICK W. | 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 | 235.67 | 377.07 | | |
| TIMKE, TIMOTHY MICHAEL | 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 | 230.64 | 369.02 | | |
| TORTORELLA, FRANK J | 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 | 278.32 | 445.31 | | |
| TRAPALIS, ANDREAS | 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 | 276.52 | 442.43 | | |
| VICTORIA, MIGUEL | 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 | 241.59 | 386.54 | | |
| VITO, JOSEPH | 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 | 270.68 | 433.09 | | |
| WALLER, ROBERT MICHAEL | 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 | 166.19 | 265.90 | | |
| WALTERS, STEPHEN M. | 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 | 258.62 | 413.79 | | |
| WHITESIDE, RAYMOND | 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 | 276.41 | 442.26 | | |
| WILLIS, WILLIAM J | 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 | 224.24 | 358.78 | | |
| WNDROWSKI, ADAM | 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 | 305.28 | 488.45 | | |
| WOLF, VICTOR | 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 | 212.00 | 339.20 | | |
| ZERVAKOS, PETER | 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 | 284.19 | 454.70 | | |
| | | | | | |
| | | 38,877.51 | 62,204.02 | | |