UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Demos P. Demopoulos, Steven Goldman,
Michael N. Romita, John Jack Dresch and
Robert B. Greenes: as TRUSTEES of the
LOCAL 553 BENEFITS FUND; and as
TRUSTEES of the LOCAL 553 PENSION
FUND; and as TRUSTEES of the LOCAL
553 DEFERRED COMPENSATION FUND,

        CV-07-09451 (DC)(MHD)

Plaintiffs,
      - against -

MYSTIC TANK LINES CORP.,

Defendant.
-----------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I, William K. Wolf, an attorney admitted to practice in the courts of the State of New York and in the federal district courts of the Southern and Eastern Districts of the State of New York, do hereby certify, under the penalties of perjury, that on July 2, 2008, I caused true and correct copies of Plaintiffs' Reply Brief in Further Support of Their Motion for Summary Judgment Against Defendant Mystic Tank Lines Corp., dated July 2, 2008, and Second Declaration of Vikki Lefkowitz in Support of Plaintiffs' Motion for Summary Judgment, with exhibit, dated June 30, 2008, to be served by regular mail through the United States Post Office and by email on:

Philip T. Simpson, Esq.
ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.
1345 Avenue of the Americas
New York, New York 10105
(212) 603-6300
pts@robinsonbrog.com

Dated: July 2, 2008
      New York, New York

/s/ William K. Wolf (WW-7906)

FRIEDMAN & WOLF
1500 Broadway, Suite 2300
New York, New York 10036
(212) 354-4500
wwolf@friedmanwolf.com

1

Author: DLS   Doc Number: 100069