06/30/08 MON 17:40 FAX 212 956 2164     R.B.L.G.G.&.G.                                    @002
JUN-30-2008 17:14 From:FRIEDMAN WOLF    212 719 9072      To:212 956 2164     P.2/2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Demos Demopoulos, Steven Goldman, Michael N.
Romita, John "Jack" Dresch, and Joseph LaForgia
as TRUSTEES of the LOCAL 553 BENEFITS
FUND; and as TRUSTEES of the LOCAL 553
PENSION FUND; and as TRUSTEES of the
LOCAL 553 DEFERRED COMPENSATION FUND,

                Plaintiffs,                      07-CV-09451 (DC) (MHD)

    -against-                              STIPULATION AND ORDER

MYSTIC TANK LINES CORP.,

                Defendant.
-------------------------------------------------------x

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between the undersigned parties that Plaintiffs' time to serve reply papers related to Plaintiffs' motion for summary judgment is extended from July 1 to July 2, 2008 because of a bereavement day taken by Plaintiffs' counsel.

This is Plaintiffs' first request for an extension or adjournment.

This stipulation may be executed in any number of counterparts and when and taken together shall constitute one original document and facsimile signatures maybe deemed original.

Dated: June 30, 2008
New York, New York
FRIEDMAN & WOLF

By: _____
Douglas L. Sanders (DS-4378)
Attorneys for Plaintiffs
1500 Broadway, Suite 2300
New York, New York 10036
(212) 354-4500

Dated: June 30, 2008
New York, New York
ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK, P.C.

By: _____
Philip T. Simpson, Esq. (PS-9707)
Ronald B. Goodman, Esq. (RG-6601)
Attorneys for Mystic Tank Lines Corp.
1345 Avenue of the Americas
New York, New York 10105
Tel: (212) 603-6300

SO ORDERED:

July ___, 2008

_____
THE HON. DENNY CHIN, U.S.D.J.

7/7/08

Author: WKW   Doc Number: 79051        1